| | |
|---|---|
| 1  GREGORY W. MORENO, ESQ., CA. SBN 57844<br>   ARNOLDO CASILLAS, ESQ., CA. SBN 158519<br>2  MORENO, BECERRA, GUERRERO & CASILLAS<br>   3500 West Beverly Boulevard<br>3  Montebello, CA 9064<br>   (323) 725-0917 | United States District Court<br>Southern District of Texas<br>FILED<br><br>JUN 27 2002<br><br>Michael N. Milby<br>Clerk of Court |

4

Attorneys for Plaintiffs
5  Estate of Jose Vargas, by and through Maria
   H. Covarrubias, Administrator and Successor in
6  Interest; Ricardo Vargas, a minor, by and through
   his guardian Maria H. Covarrubias; Maria H.
7  Covarrubias; Jose G. Vargas Mendoza; Angelina
   Valencia Morales;Estate of Guillermo Acosta Zamora,
8  by and through Maria Teresa Alvarado Mendez,
   Administrator and Successor In Interest; Maria
9  Teresa Alvarado Mendez; Victor H. Acosta
   Alvarado; Ronald Acosta Alvarado; and, Luis
10 Alberto Acosta Alvarado

11
                    UNITED STATES DISTRICT COURT
12
                 FOR THE SOUTHERN DISTRICT OF TEXAS
13

14 Estate of Jose Vargas, by and through Maria    )   CASE NO: **B-02-132**
   H. Covarrubias; Administrator and Successor   )
15 in interest; Ricardo Vargas, a minor, by and  )
   through his guardian Maria H. Covarrubias;    )
16 Maria H. Covarrubias; Jose G. Vargas          )
   Mendoza; Angelina Valencia Morales; Estate    )   **CERTIFICATION OF**
17 of Guillermo Acosta Zamora, by and through    )   **INTERESTED PARTIES**
   Maria Teresa Alvarado Mendez,                 )
18 Administrator and Successor in Interest;      )
   Maria Teresa Alvarado Mendez; Victor H.       )
19 Acosta Alvarado; Ronald Acosta Alvarado;      )
   and, Luis Alberto Acosta Alvarado,            )
20                                               )
                    Plaintiffs,                  )
21                                               )
        v.                                       )
22                                               )
                                                 )
23 Five Unknown INS/Border Patrol Agents;        )
   U.S. Department of Immigration and            )
24 Naturalization; United States Border Patrol;  )
   United States of America, and DOE             )
25 defendants 1-10, inclusive,                   )
                                                 )
26                  Defendants.                  )
                                                 )
27 ─────────────────────────────────────────────

28 ////

     **COME NOW PLAINTIFFS** Estate of Jose Vargas, by and through Maria H. Covarrubias; Administrator and Successor in interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor in Interest, Maria Teresa Alvarado Mendez, Victor H. Acosta Alvarado, Ronald Acosta Alvarado, and, Luis Alberto Acosta Alvarado, complaining of certify that the following parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

     The following is a list of names of all such parties known to the undersigned and identified by their connection and interest.

## PLAINTIFFS

1. Estate of Jose Vargas, by and through Maria H. Covarrubias, Administrator and Successor in Interest;
2. Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias;
3. Maria H. Covarrubias;
4. Jose G. Vargas Mendoza;
5. Angelina Valencia Morales;
6. Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor In Interest;
7. Maria Teresa Alvarado Mendez;
8. Victor H. Acosta Alvarado;
9. Ronald Acosta Alvarado;
10. Luis Alberto Acosta Alvarado

////
////
////

| | |
|---|---|
| 1 | **DEFENDANTS** |
| 2 | 1. U.S. Department of Immigration and Naturalization; |
| 3 | 2. United States Border Patrol; |
| 4 | 3. United States of America |
| 5 | **OTHERS** |
| 6 | None. |

Dated: June 26, 2002

MORENO, BECERRA, GUERRERO & CASILLAS

By: _____
GREGORY W. MORENO
ARNOLDO CASILLAS
Attorneys for PLAINTIFFS
Estate of Jose Vargas, by and through Maria H. Covarrubias; Administrator and Successor in interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor in Interest, Maria Teresa Alvarado Mendez, Victor H. Acosta Alvarado, Ronald Acosta Alvarado, and, Luis Alberto Acosta Alvarado