UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

B-02-132

| Division | | Case Number | |
|---|---|---|---|
| ESTATE OF JOSE VARGAS, ET AL. | | | |
| *versus* | | | |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, ET AL. | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | DANILO J. BECERRA |
| Firm | MORENO, BECERRA, GUERRERO & CASILLAS |
| Street | 3500 W. Beverly Blvd. |
| City & Zip Code | Montebello, CA 90640 |
| Telephone | 323/725-0917 |
| Licensed: State & Number | CALIFORNIA STATE BAR NO. 56526 |
| Admitted U.S. District Court for: | CENTRAL DISTRICT OF CALIFORNIA |

Seeks to appear as the attorney for this party:

SEE ATTACHED

| Dated: JUNE 26, 2002 | Signed: [signature] |
|---|---|

**ORDER**

This lawyer is admitted *pro hac vice.*

Signed on _____, _____.    _____
                                       **United States District Judge**

SDTX (d_prohac.ord)
02/03/98

# ATTACHMENT TO MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

Attachment

Attorneys for Plaintiffs:

Estate of Jose Vargas, by and through Maria H. Covarrubias, Administrator and Successor in Interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales;Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor In Interest; Maria Teresa Alvarado Mendez; Victor H. Acosta Alvarado; Ronald Acosta Alvarado; and, Luis Alberto Acosta Alvarado