6

GREGORY W. MORENO, ESQ., CA. SBN 57844
ARNOLDO CASILLAS, ESQ., CA. SBN 158519
MORENO, BECERRA, GUERRERO & CASILLAS
3500 West Beverly Boulevard
Montebello, CA 9064
(323) 725-0917

Attorneys for Plaintiffs
Estate of Jose Vargas, by and through Maria
H. Covarrubias, Administrator and Successor in
Interest; Ricardo Vargas, a minor, by and through
his guardian Maria H. Covarrubias; Maria H.
Covarrubias; Jose G. Vargas Mendoza; Angelina
Valencia Morales;Estate of Guillermo Acosta Zamora,
by and through Maria Teresa Alvarado Mendez,
Administrator and Successor In Interest; Maria
Teresa Alvarado Mendez; Victor H. Acosta
Alvarado; Ronald Acosta Alvarado; and, Luis
Alberto Acosta Alvarado

United States District Court
Southern District of Texas
FILED

JUN 2 7 2002

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Estate of Jose Vargas, by and through Maria H. Covarrubias; Administrator and Successor in interest; et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Five Unknown INS/Border Patrol Agents; U.S. Department of Immigration and Naturalization; United States Border Patrol; United States of America, and DOE defendants 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO: **B-02.132**<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM; DECLARATION OF MARIA H. COVARRUBIAS FOR MINOR RICARDO VARGAS; MEMORANDUM OF POINTS AND AUTHORITIES** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

COMES NOW MARIA H. COVARRUBIAS, the natural mother of RICARDO VARGAS, a minor of seven years of age, and hereby petitions the present court for its order appointing her as the guardian ad litem for RICARDO VARGAS, for purposes of bringing the present action.

1       The present petition is made pursuant to Rule 17 (c) of the Federal Rules of Civil

2 Procedure and is made on the grounds that the present petitioner, MARIA H.

3 COVARRUBIAS, is the natural mother of the minor who is seven years of age, that

4 MARIA H. COVARRUBIAS has no interests averse to those of her minor son

5 RICARDO VARGAS, and that the appointment of a guardian ad litem is required for

6 RICARDO VARGAS to bring an action for the violation of his constitutional rights.

7 MARIA H. COVARRUBIAS, the natural mother of RICARDO VARGAS, resides with

8 him in Ventura, California.  The present petition is based on the attached declaration of

9 MARIA H. COVARRUBIAS and as supported by the attached memorandum of points

10 and authorities.

11

12 Dated:    June 26, 2002        MORENO, BECERRA, GUERRERO & CASILLAS

13 BY:        _____

14         ARNOLDO CASILLAS
Estate of Jose Vargas, by and through Maria H.
Covarrubias; Administrator and Successor in interest;

15 Ricardo Vargas, a minor, by and through his guardian
Maria H. Covarrubias; Maria H. Covarrubias; Jose G.

16 Vargas Mendoza; Angelina Valencia Morales; Estate
of Guillermo Acosta Zamora, by and through Maria

17 Teresa Alvarado Mendez, Administrator and Successor
in Interest, Maria Teresa Alvarado Mendez, Victor H.

18 Acosta Alvarado, Ronald Acosta Alvarado, and, Luis
Alberto Acosta Alvarado

19

20

21

22

23

24

25

26

27

28

1     **<u>DECLARATION OF MARIA H. COVARRUBIAS</u>**

2     I, MARIA H. COVARRUBIAS, declare as follows:

3     1.     That the matters contained in this declaration are true of my own personal

4 knowledge, and I could competently testify thereto if called upon to do so;

5     2.     That the purpose of the present declaration is to support the present petition

6 for this court's order appointing your declarant as the guardian ad litem for RICARDO

7 VARGAS.

8     3.     That I am the mother of RICARDO VARGAS. who is a plaintiff in the

9 present action.

10     4.     That RICARDO VARGAS, my son, is seven years old, having been

11 born on May 19, 1995.

12     5.     That I have no interests adverse to the interest of my son RICARDO

13 VARGAS.

14     6.     That my son RICARDO VARGAS currently resides with me in Ventura,

15 California.

16     8.     That I have been informed by my counsel and therefore understand that the

17 appointment of a guardian ad litem is necessary under the applicable state and federal

18 rules which control the filing of lawsuits.

19     9.     That my son, RICARDO VARGAS, does not have a general guardian.

20     10.     That I understand that as a minor, my son RICARDO VARGAS, cannot

21 participate in a suit absent a guardian ad litem or other formal representative.

22     11.     That I therefore respectfully request the present court to issue an order

23 appointing me as guardian ad litem for RICARDO VARGAS in this action, so as to

24 expedite the proceedings in this action.

25     I declare under the penalty of perjury under applicable law that the foregoing is

26 true and correct. Executed this June 26, 2002, in Montebello, California.

27     *Maria H. Covarrubias*

28     MARIA H. COVARRUBIAS

- 1 -

## MEMORANDUM OF POINTS AND AUTHORITIES

Comes now MARIA H. COVARRUBIAS and petitions the present court for an order appointing him as the guardian ad litem for her minor son, in order to permit her son to pursue an action for the violation of his constitutional rights.

### I.

### Statement of Facts

RICARDO VARGAS is the natural son of petitioner, MARIA H. COVARRUBIAS. RICARDO VARGAS is seven years old. MARIA H. COVARRUBIAS resides with her son and has no interests adverse to those of her son.

Jose Guadelupe Vargas, the natural father of RICARDO VARGAS, was stopped by U.S. Border Patrol agents, after crossing the Rio Grande River using inner-tube floatation devises and a rope strung across the river. He then attempted to re-cross to the Mexico bank without the floatation devices which were in the agents' custody and which had been punctured and without the rope strung across the river which had been cut. Mr. Vargas was unable to swim and drowned without the aid of the inner-tubes and rope.

As a result of the wrongful death of his father, RICARDO VARGAS has a recognizable substantive due process claim under the Fourteenth Amendment.

RICARDO VARGAS is plaintiff in the action which is being brought as a result of his father's death.

RICARDO VARGAS has no other appointed representative or guardian.

As a minor, RICARDO VARGAS can only prosecute these claims by way of a guardian ad litem.

////

////

////

////

////

////

- 1 -

## II.

### This court is empowered to appoint petitioner as Guardian Ad Litem.

Rule 17(c) of the Federal Rules of Civil Procedure, provides as follows:

> "An infant or incompetent person who does not have a duly
> appointed representative may sue by a next friend or guardian
> ad litem. The court shall appoint a guardian ad litem for an
> infant or incompetent person not otherwise represented in an
> action or shall make such other order as it deems proper for the
> protection of the infant or incompetent person."

MARIA H. COVARRUBIAS, as the natural mother of RICARDO VARGAS, is an appropriate candidate to serve as guardian ad litem for purposes of pursuing an action for the violation of her son's constitutional rights. Her son's claims are based on and related to the death of his father.

The sole purpose of the guardianship would be to prosecute the current action on his son's behalf and to ensure that any proceeds of the action are properly secured in an institution until RICARDO VARGAS. reaches majority.

## III.

### Conclusion

For all the reasons stated above, petitioner MARIA H. COVARRUBIAS respectfully submits that the court should issue an order appointing her as guardian ad litem for her son RICARDO VARGAS.

Dated: June 26, 2002                MORENO, BECERRA, GUERRERO & CASILLAS

By: _____
GREGORY W. MORENO
ARNOLDO CASILLAS
Attorneys for PLAINTIFFS
Estate of Jose Vargas, by and through Maria H.
Covarrubias; Administrator and Successor in interest;
Ricardo Vargas, a minor, by and through his guardian
Maria H. Covarrubias; et al.