

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 1 9 2002

Michael N. Milby
Clerk of Court

'IL ACTION NO. B-02-132                    DATE & TIME: 09-19-02 AT 2:00 P.M.

RIA H. COVARRUBIAS, ET AL.                 PLAINTIFF(S)   ARNOLD CASILLAS
                                           COUNSEL        DANILO J. BECERRA
                                                          GREGORY W. MORENO


E UNKNOWN INS/BORDER PATROL                DEFENDANT(S)   KEITH ORLANDO E. WYATT
ENTS, ET AL.                               COUNSEL

---

Attorneys did not appear.

Order for a show cause hearing will be sent.

