# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| MARIA H. COVARRUBIAS, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-132 |
| § | |
| FIVE UNKNOWN INS/BORDER AGENTS, § | |
| ET AL. § | |

TYPE OF CASE:    __X__ CIVIL              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**SHOW CAUSE HEARING ON WHY THIS CASE SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION**

**WILL NOT BE HELD TELEPHONICALLY, WILL NOT BE CONTINUED AND ATTORNEY IN CHARGE IS ORDERED TO APPEAR**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 30, 2002 AT 1:30 P. M.**

JOHN WM. BLACK, U.S MAGISTRATE JUDGE

DATE:    SEPTEMBER 19, 2002

TO:    MR. ARNOLDO CASILLAS
       MR. DANILO J. BECERRA
       MR. GREGORY W. MORENO