# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| MARIA H. COVARRUBIAS, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-132 |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, ET AL. | § § § | |

TYPE OF CASE:       __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

THIS CONFERENCE WILL NOT BE HELD TELEPHONICALLY, ATTORNEYS IN CHARGE AND LOCAL COUNSEL MUST BE PRESENT

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE**<br>**600 E. HARRISON STREET**<br>**BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
| **SEPTEMBER 30, 2002 AT 1:30 P.M.** | **OCTOBER 31, 2002 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 24, 2002

TO:   MR. ARNOLDO CASILLAS
      MR. DANILO J. BECERRA
      MR. GREGORY W. MORENO