GREGORY W. MORENO, ESQ., CA. SBN 57844
ARNOLDO CASILLAS, ESQ., CA. SBN 158519
MORENO, BECERRA, GUERRERO & CASILLAS
3500 West Beverly Boulevard
Montebello, CA 9064
(323) 725-0917

Attorneys for Plaintiffs
Estate of Jose Vargas, by and through Maria H. Covarrubias, Administrator and Successor in Interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales;Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor In Interest; Maria Teresa Alvarado Mendez; Victor H. Acosta Alvarado; Ronald Acosta Alvarado; and, Luis Alberto Acosta Alvarado

United States District Court
Southern District of Texas
FILED

OCT 1 7 2002

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Estate of Jose Vargas, by and through Maria H. Covarrubias; Administrator and Successor in interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor in Interest; Maria Teresa Alvarado Mendez; Victor H. Acosta Alvarado; Ronald Acosta Alvarado; and, Luis Alberto Acosta Alvarado,<br><br>        Plaintiffs,<br><br>v.<br><br>Five Unknown INS/Border Patrol Agents; U.S. Department of Immigration and Naturalization; United States Border Patrol; United States of America, and DOE defendants 1-10, inclusive,<br><br>        Defendants. | **CASE NO: B-02-132**<br><br>**DECLARATION OF GREGORY W. MORENO RE INITIAL PRE-TRIAL CONFERENCE AND REQUEST FOR CONTINUANCE OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE** |

////

# DECLARATION OF GREGORY W. MORENO

I, GREGORY W. MORENO, declare:

1. I am an attorney duly licensed to practice before all the courts in the State of California and have been admitted Pro Hac Vice to practice in the United States District Court, Southern District of Texas. I am a managing partner with the law office of Moreno, Becerra, Guerrero & Casillas attorneys of record for the Plaintiffs in the above-entitled matter.

2. On or about October 1, 2002, my office served Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF IMMIGRATION AND NATURALIZATION and UNITED STATES BORDER PATROL with the Summons, Complaint and Order for Conference and Disclosure of Interested Parties. Proofs of Service are filed concurrently with this declaration.

3. Pursuant to Federal Rules of Civil Procedures, Rule 12(a), Defendants United States government and its agencies have sixty (60) days to respond to the complaint. Therefore, their response is not due prior to November 30, 2002.

4. My office, as yet, has not been contacted by any office or firm purporting to represent these served Defendants.

5. As such, Plaintiffs' counsel has not had the opportunity to meet with opposing counsel, pursuant to Rule 26(f), and prepare a Joint Report on Meeting Required by Rule 26(f) and Joint Discovery/Case Management Plan and does not anticipate the opportunity to conduct such case planning discussions until sometime in December 2002 at the earliest. Upon appearing at the Initial Pretrial and Scheduling Conference on October 31, 2002, your declarant would report to the court the status of this case as summarized in this declaration and request a continuance of the hearing to a date after Defendants' answer and after the parties have met and conferred

|   |   |   |
|---|---|---|
| 1 |   | as required by Federal Rule of Civil Procedure, Rule 26 and this court's |
| 2 |   | Joint Discovery/Case Management Plan. |
| 3 | 6. | Based on the foregoing, your declarant respectfully submits that at this time |
| 4 |   | the Initial Pretrial and Scheduling Conference currently set for October 31, |
| 5 |   | 2002, at 1:30 p.m., would not be productive since Defendants' deadline for |
| 6 |   | answering is November 30, 2002. |
| 7 | 7. | Through this declaration, your declarant, therefore, respectfully requests a |
| 8 |   | continuance of approximately seventy-five (75) days to January 15, 2003, |
| 9 |   | of the Initial Pretrial and Scheduling Conference to allow sufficient time for |
| 10 |   | the lapsing of the time period for Defendants to answer and for the parties |
| 11 |   | to meet and file their joint report. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of October 2002 in Montebello, California.

GREGORY W. MORENO