USA

12

AO 440 (Rev. 10/93) Summons in a Civil Action

B-02-132

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE October 1, 2002 |
| NAME OF SERVER (PRINT) LEAH MORENO | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

OCT 17 2002

Michael N. Milby
Clerk of Court

☒ Other (specify): __(See Attached)__

### STATEMENT OF SERVICE FEES

| TRAVEL N/A | SERVICES N/A | TOTAL N/A |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/16/02__
        Date

*Signature of Server:* Leah Moreno

__3500 W. Beverly Blvd. Montebello, CA 90640__
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.