1 | GREGORY W. MORENO, ESQ., SBN 57844
ARNOLDO CASILLAS, ESQ., SBN 158519
2 | MORENO, BECERRA, GUERRERO & CASILLAS
3500 West Beverly Boulevard
3 | Montebello, CA 9064
(323) 725-0917
4 |
Attorneys for Plaintiffs
5 | Estate of Jose Vargas, by and through Maria
H. Covarrubias, Administrator and Successor in
6 | Interest; Ricardo Vargas, a minor, by and through
his guardian Maria H. Covarrubias; Maria H.
7 | Covarrubias; Jose G. Vargas Mendoza; Angelina
Valencia Morales;Estate of Guillermo Acosta Zamora,
8 | by and through Maria Teresa Alvarado Mendez,
Administrator and Successor In Interest; Maria
9 | Teresa Alvarado Mendez; Victor H. Acosta
Alvarado; Ronald Acosta Alvarado; and, Luis
10 | Alberto Acosta Alvarado

United States District Court
Southern District of Texas
FILED

OCT 2 5 2002

Michael N. Milby
Clerk of Court

11 | **UNITED STATES DISTRICT COURT**

12 | **FOR THE SOUTHERN DISTRICT OF TEXAS**

13 |

| | |
|---|---|
| 14 Estate of Jose Vargas, by and through Maria H. Covarrubias; Administrator and Successor in interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor in Interest; Maria Teresa Alvarado Mendez; Victor H. Acosta Alvarado; Ronald Acosta Alvarado; and, Luis Alberto Acosta Alvarado, | **CASE NO: B-02-132**<br><br>**PLAINTIFFS' EX PARTE MOTION TO CONTINUE INITIAL PRETRIAL AND SCHEDULING CONFERENCE; DECLARATION OF ARNOLDO CASILLAS IN SUPPORT THEREOF**<br><br>**[UNOPPOSED]** |
| 22       Plaintiffs, | |
| 23       v. | |
| 25 Five Unknown INS/Border Patrol Agents; U.S. Department of Immigration and Naturalization; United States Border Patrol; United States of America, and DOE defendants 1-10, inclusive, | |
| 28       Defendants. | |

1   **COME NOW PLAINTIFFS** Estate of Jose Vargas, by and through

2   Maria H. Covarrubias; Administrator and Successor in interest;

3   Ricardo Vargas, a minor, by and through his guardian Maria H.

4   Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza;

5   Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by

6   and through Maria Teresa Alvarado Mendez, Administrator and

7   Successor in Interest, Maria Teresa Alvarado Mendez, Victor H.

8   Acosta Alvarado, Ronald Acosta Alvarado, and, Luis Alberto Acosta

9   Alvarado, and move for a continuance 'of the Initial Pretrial and

10  Scheduling Conference in the present matter.

11  The present motion is made pursuant to FRCP 16 and is based

12  on the fact that the procedural posture of the present matter is

13  not at a point where meaningful Initial Pretrial and Scheduling

14  Conference can take place.  The action is against the United

15  States and its agencies.   The complaint has been served upon the

16  defendants.  Pursuant to Federal Rules of Civil Procedures, Rule

17  12(a), Defendants United States government and its agencies have

18  sixty (60) days to respond to the complaint.  Therefore, their

19  response is not due prior to November 30, 2002.

20  As of this date, no defendant has answered or contacted

21  Plaintiffs' counsel regarding this matter. Accordingly,

22  Plaintiffs' counsel has not had the opportunity to meet with

23  opposing counsel, pursuant to Rule 26(f), and prepare a Joint

24  Report on Meeting Required by Rule 26(f) and Joint Discovery/Case

25  Management Plan and does not anticipate the opportunity to

26  conduct such case planning discussions until sometime in December

27  2002 at the earliest.

28  ////

1        Accordingly, Plaintiffs respectfully request that this court

2    continue the Initial Pretrial and Scheduling Conference to

3    January 15, 2003 or some date thereafter as the court determines

4    appropriate.

5        There are no respondents to this motion as no defendant has

6    answered.  Accordingly, movants herein have been unable to confer

7    regarding this motion.  The motion is, thus, unopposed.

8

9    Dated: October 24, 2002          MORENO, BECERRA, GUERRERO &
                                      CASILLAS
10
                                 By:  _____
11                                    ARNOLDO CASILLAS
                                      Attorneys for Plaintiffs
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

Come now plaintiffs Estate of Jose Vargas, by and through Maria H. Covarrubias; Administrator and Successor in interest;  Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor in Interest, Maria Teresa Alvarado Mendez, Victor H. Acosta Alvarado, Ronald Acosta Alvarado, and, Luis Alberto Acosta Alvarado, (hereafter "Plaintiffs") and offer the following memorandum of points and authorities in support of their motion for a continuance of the Initial Pretrial and Scheduling Conference in the present matter.

**I.**

**Statement of Facts**

On or about October 1, 2002, Plaintiffs served defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF IMMIGRATION AND NATURALIZATION and UNITED STATES BORDER PATROL with the Summons, Complaint and Order for Conference and Disclosure of Interested Parties.  Proofs of Service are filed concurrently with this declaration.

Pursuant to Federal Rules of Civil Procedures, Rule 12(a), Defendants United States government and its agencies have sixty (60) days to respond to the complaint.  Therefore, their response is not due prior to November 30, 2002.

The office of Plaintiffs' counsel, as yet, has not been contacted by any attorney, agency, office or firm purporting to represent these served Defendants.

-4-

1   As such, Plaintiffs' counsel has not had the opportunity to
2   meet with opposing counsel, pursuant to Rule 26(f), and prepare a
3   Joint Report on Meeting Required by Rule 26(f) and Joint
4   Discovery/Case Management Plan and does not anticipate the
5   opportunity to conduct such case planning discussions until
6   sometime in December 2002 at the earliest.

7   The Initial Pretrial and Scheduling Conference in this
8   matter is scheduled for October 31, 2002.    Upon appearing at the
9   Initial Pretrial and Scheduling Conference, Plaintiffs' counsel
10  would report to the court the status of this case as summarized
11  herein and request a continuance of the hearing to a date after
12  Defendants' answer and after the parties have met and conferred
13  as required by Federal Rule of Civil Procedure, Rule 26 and this
14  court's Joint Discovery/Case Management Plan.

15  Based on the foregoing, Plaintiffs respectfully submits that
16  at this time the Initial Pretrial and Scheduling Conference
17  currently set for October 31, 2002, at 1:30 p.m., would not be
18  productive since Defendants' deadline for answering is November
19  30, 2002.    Plaintiffs, therefore, respectfully request a
20  continuance of approximately seventy-five (75) days to January
21  15, 2003, of the Initial Pretrial and Scheduling Conference to
22  allow sufficient time for the lapsing of the time period for
23  Defendants to answer and for the parties to meet and file their
24  joint report.
25  ////
26  ////
27  ////
28  ////

II.

**This Court Is Empowered by FRCP 16 to Continue and/or Reschedule the Initial Pretrial and Scheduling Conference.**

In any action, the court may in its discretion direct the attorneys for the parties and any unrepresented party to appear before it for a conference or conferences before trial for the purpose of establishing orders regarding the management of pre-trial activities.  FRCP, Rule 16(a).

Once the court receives the parties' Rule 26(f) report, the court shall enter a scheduling order.  FRCP, Rule 16(b).

The order shall issue as soon as practicable but in any event within 90 days after the appearance of a defendant and within 120 days after the complaint has been served on a defendant.  FRCP, Rule (b).

In the present case, the complaint was served on October 1, 2002.  Because the defendants are the United States, agencies of the United States and employees of said agencies, they are entitled to sixty (60) days to respond to the complaint; therefore, their response is not due prior to November 30, 2002. FRCP, Rule 12(a).

The office of Plaintiffs' counsel, as yet, has not been contacted by any attorney, agency, office or firm purporting to represent these served Defendants.  Accordingly, Plaintiffs' counsel has not had the opportunity to meet with opposing counsel, pursuant to Rule 26(f), and prepare a Joint Report on Meeting Required by Rule 26(f) and Joint Discovery/Case Management Plan and does not anticipate the opportunity to

1  conduct such case planning discussions until sometime in December

2  2002 at the earliest and file a joint Rule 26(f) report

3  immediately thereafter.

4      Under Rule FRCP Rule 16(b) the court may schedule the

5  scheduling conference up to January 30, 2002; i.e., within 120

6  days from the date after the complaint has been served on a

7  defendant.

8      Plaintiffs respectfully submit that because the Federal

9  Rules provide the federal government 'and its agencies additional

10 time to answer, Plaintiffs will be unable to practicably comply

11 with the court's order regarding the Initial Pretrial and

12 Scheduling Conference.   Should Plaintiffs' counsel be called upon

13 to attend the Initial Pretrial and Scheduling Conference as

14 scheduled, they would report the above to the court and request a

15 continuance of the hearing so as to be able to comply with FRCP

16 Rule 26 and this court's order regarding the Initial Pretrial and

17 Scheduling Conference.

18     Accordingly, Plaintiffs respectfully request that this court

19 continue the Initial Pretrial and Scheduling Conference to

20 January 15, 2003 or some date thereafter as the court determines

21 appropriate.

22 ////

23 ////

24 ////

25 ////

26 ////

27 ////

28 ////

III.

**CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the court issue the order filed concurrently herewith continuing the Initial Pretrial and Scheduling Conference to January 15, 2003 or some date thereafter as the court determines appropriate.

Dated: October 24, 2002     MORENO, BECERRA, GUERRERO & CASILLAS

By: _____
GREGORY W. MORENO
ARNOLDO CASILLAS

## DECLARATION OF ARNOLDO CASILLAS

I, ARNOLDO CASILLAS, declare:

1. I am an attorney duly licensed to practice before all the courts in the State of California and have been admitted Pro Hac Vice to practice in the United States District Court, Southern District of Texas.  I am a partner with the law office of Moreno, Becerra, Guerrero & Casillas attorneys of record for the Plaintiffs in the above-entitled matter.  I have personal knowledge about the facts stated herein and if called upon to attest to them under the penalty, I could and would do so.

2. On or about October 1, 2002, my office served Defendants UNITED STATES OF AMERICA, U.S. DEPARTMENT OF IMMIGRATION AND NATURALIZATION and UNITED STATES BORDER PATROL with the Summons, Complaint and Order for Conference and Disclosure of Interested Parties. Proofs of Service are filed concurrently with this declaration.

3. Pursuant to Federal Rules of Civil Procedures, Rule 12(a), Defendants United States government and its agencies have sixty (60) days to respond to the complaint.  Therefore, their response is not due prior to November 30, 2002.

4. My office, as yet, has not been contacted by any attorney, agency, office or firm purporting to represent these served Defendants.

////

-9-

5.  As such, your declarant has not had the opportunity to meet with opposing counsel, pursuant to Rule 26(f), and prepare a Joint Report on Meeting Required by Rule 26(f) and Joint Discovery/Case Management Plan and does not anticipate the opportunity to conduct such case planning discussions until sometime in December 2002 at the earliest.  Upon appearing at the Initial Pretrial and Scheduling Conference on October 31, 2002, with my partner and co-counsel Gregory W. Moreno, your declarant and Mr. Moreno would report to the court the status of this case as summarized in this declaration and request a continuance of the hearing to a date after Defendants' answer and after the parties have met and conferred as required by Federal Rule of Civil Procedure, Rule 26 and this court's Joint Discovery/Case Management Plan.

6.  Based on the foregoing, your declarant respectfully submits that at this time the Initial Pretrial and Scheduling Conference currently set for October 31, 2002, at 1:30 p.m., would not be productive since Defendants' deadline for answering is November 30, 2002.

7.  The present motion is unopposed as there are no defendants which have answered or otherwise contacted your declarant's office regarding this action.

////

////

////

1    I declare under penalty of perjury under the laws of the

2  State of California that the foregoing is true and correct.

3    Executed this 24[h] day of October 2002 in Montebello,

4  California

5

6    ARNOLDO CASILLAS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 11 -