16

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Estate of Jose Vargas §
§
versus §  CIVIL ACTION NO. B-02-132
Five Unknown, Et Al §
§

## ORDER STRIKING DOCUMENT

The Clerk has filed your **Ex Parte motion #15**; however, it is deficient as checked. (L.R. refers to the Local Rule of this District). **For Continuance**

United States District Court
Southern District of Texas
ENTERED

**OCT 28 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☑ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☑ Motion does not comply with L.R.7.

   a. ☐ No statement of opposition or non-opposition (L.R.7.2).

   b. ☑ No statement of conference between counsel (L.R. 7.1.D(1)).

   c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☑ Other: **NO BAR #**

The document is stricken from the record.

Date: **28 OCT 2002**

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE