United States District Court
Southern District of Texas
ENTERED

OCT 2 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Estate of Jose Vargas, et al., )<br><br>)<br>)<br>                    Plaintiffs, )<br>)<br>    v.                 )<br>)<br>Five Unknown INS/Border Patrol )<br>Agents; et al.,          )<br>)<br>                    Defendants. )<br>――――――――――――――――― ) | **CASE NO: B-02-132**<br><br>**ORDER RE UNOPPOSED MOTION TO CONTINUE INITIAL PRETRIAL AND SCHEDULING CONFERENCE** |

    Good cause appearing therefore, this Court grants Plaintiff's Motion to Continue Initial Pretrial and Scheduling Conference.

    The present date for said conference of October 31, 2002 is vacated and the Initial Pretrial and Scheduling Conference in this matter is scheduled for   December 16, 2002 at 1:30 P.M.   .

Dated:   October 29, 2002  

_____
Hon. John William Black
United States District Court
For the Southern District of Texas

- 12 -