3

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

B-02-132

| Division | | Case Number | |
|---|---|---|---|
| ESTATE OF JOSE VARGAS, ET AL. | | | |
| | | *versus* | |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, ET AL. | | | |

United States District Court
Southern District of Texas
FILED
JUN 2 7 2002
Michael N. Milby
Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | GREGORY W. MORENO |
| Firm | MORENO, BECERRA, GUERRERO & CASILLAS |
| Street | 3500 W. Beverly Blvd. |
| City & Zip Code | Montebello, CA 90640 |
| Telephone | 323/725-0917 |
| Licensed: State & Number | CALIFORNIA STATE BAR NO. 57844 |
| Admitted U.S. District Court for: | CENTRAL DISTRICT OF CALIFORNIA |

Seeks to appear as the attorney for this party:

19

United States District Court
Southern District of Texas
ENTERED
NOV 1 2 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SEE ATTACHED | |
| Dated: JUNE 26, 2002 | Signed: |

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on  8 Nov , 2002

United States District Judge

MAGISTRATE