UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

B-02-1324

| Division | | Case Number | |
|---|---|---|---|
| ESTATE OF JOSE VARGAS, ET AL. | | | United States District Court Southern District of Texas FILED JUN 27 2002 Michael N. Milby Clerk of Court |
| | *versus* | | |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, ET AL. | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | DANILO J. BECERRA |
| Firm | MORENO, BECERRA, GUERRERO & CASILLAS |
| Street | 3500 W. Beverly Blvd. |
| City & Zip Code | Montebello, CA 90640 |
| Telephone | 323/725-0917 |
| Licensed: State & Number | CALIFORNIA STATE BAR NO. 56526 |
| Admitted U.S. District Court for: | CENTRAL DISTRICT OF CALIFORNIA |

Seeks to appear as the attorney for this party:

20

United States District Court
Southern District of Texas
ENTERED
NOV 1 2 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

SEE ATTACHED

Dated: JUNE 26, 2002    Signed: /s/ Danilo J. Becerra

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on  8 Nov , 2002      _____
                             United States District Judge
                             MAGISTRATE

SDTX (d_prohac.ord)
02/03/98