5

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

B-02-132

| Division | Case Number |
|---|---|
| ESTATE OF JOSE VARGAS, ET AL. | |
| *versus* | |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, ET AL. | |

United States District Court
Southern District of Texas
FILED
JUN 27 2002
Michael N. Milby
Clerk of Court

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | ARNOLDO CASILLAS |
| Firm | MORENO, BECERRA, GUERRERO & CASILLAS |
| Street | 3500 W. Beverly Blvd. |
| City & Zip Code | Montebello, CA 90640 |
| Telephone | 323/725-0917 |
| Licensed: State & Number | CALIFORNIA STATE BAR NO.158519 |
| Admitted U.S. District Court for: | CENTRAL DISTRICT OF CALIFORNIA |

21

Seeks to appear as the attorney for this party:

SEE ATTACHED

Dated: JUNE 26, 2002    Signed: [signature]

United States District Court
Southern District of Texas
ENTERED
NOV 12 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

This lawyer is admitted *pro hac vice.*

Signed on 8 NOV, 2002    [signature]
United States District Judge
MAGISTRATE

SDTX (d_prohac.ord)
02/03/98