22

United States District Court
Southern District of Texas
FILED

DEC 0 3 2002

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

ESTATE OF JOSE VARGAS, ET AL      *
     *
v.      *      CIVIL ACTION No. B-02-132
     *
FIVE UNKNOWN INS/      *
BORDER PATROL AGENTS, ET AL      *

**UNITED STATES' UNOPPOSED MOTION FOR CONTINUANCE OF
DECEMBER 16, 2002 INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

     The United States of America, on behalf of the defendants herein, by and through Michael

T. Shelby, United States Attorney for the Southern District of Texas, respectfully requests the

Court for a continuance of the December 16, 2002 Initial Pretrial and Scheduling Conference in

the above-entitled and numbered cause. In support of this request, the United States contends the

government's answer herein is not due to be filed until December 9, 2002. It is unlikely that Rule

26 disclosures can be made in adequate time to lend for meaningful discussion of a scheduling

order by the present December 16, 2002 hearing date. The parties, therefore, respectfully suggest

that the hearing herein be reset for thirty (30) days to allow Rule 26 disclosures to take place.

Plaintiff has also stipulated that he will not oppose extending the defendants' response date from

December 9, 2002 to December 13, 2002 should defendants require the additional time.

     The United States does not seek this extension to cause delay; the United States seeks this

extension so that justice may be done.

**STATEMENT OF CONFERENCE**

     On November, 26, 2002, the undersigned telephonically contacted plaintiffs' counsel,

Arnoldo Casillas, to find out his position as to the filing of this motion for continuance. Mr.

Casillas advised he was not opposed to the United States' motion for continuance.

WHEREFORE, PREMISES CONSIDERED, the United States prays that the Court grant its request for a continuance of the December 16, 2002 Initial Pretrial and Scheduling Conference.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, TX 78520
(956) 548-2554/Fax (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing United States' Unopposed Motion for Continuance of the December 16, 2002 Initial Pretrial and Scheduling Conference was mailed via Certified Mail, Return-Receipt Requested to Arnoldo Casillas, Attorney at Law, MORENO, BECERRA, GUERRERO & CASILLAS, 3500 W. Beverly Blvd., Montebello, CA 90640 on this the 2nd day of DECEMBER, 2002.

NANCY L. MASSO
Assistant United States Attorney