UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ESTATE OF JOSE VARGAS, ET AL | * |
| | * |
| v. | *   CIVIL ACTION No. B-02-132 |
| | * |
| FIVE UNKNOWN INS/ | * |
| BORDER PATROL AGENTS, ET AL | * |

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR CONTINUANCE OF DECEMBER 16, 2002 INITIAL PRETRIAL AND SCHEDULING CONFERENCE

CAME ON to be heard the United States' motion for continuance of the December 16, 2002 initial pretrial and scheduling conference in the above-entitled and numbered cause to January 21, 2003 and, after due consideration, this Court finds that said motion should be and is hereby **GRANTED**.

It is hereby ORDERED that the December 16, 2002 initial pretrial and scheduling conference is continued to January 21, 2003, 2002 at 2:00 p.m.. The parties shall make their Rule 26 disclosure no later than January 7, 2003.

DONE on this the 3 day of DECEMBER, 2002 in Brownsville, Texas.

JOHN WILLIAM BLACK
United States Magistrate Judge