UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESTATE OF JOSE VARGAS, ET AL. | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-02-132 |
| | * | |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, ET AL | * | |
| | * | |

### FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

The Federal Defendants herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, move this Court for an enlargement of time to submit their Answer or otherwise plead in the above captioned lawsuit. The Federal Defendants require additional time to obtain all information needed to respond to the allegations set forth in the Complaint. The undersigned has been advised that a considerable number of the witnesses/employees of the Federal Defendants' are no longer working or residing within the Brownsville Division and/or have left federal employment. As such, it has been difficult to gather much of the information needed to formulate a response to the Complaint.

### *Consultation*

On November 25, 2002, Arnoldo Casillas, Counsel for the Plaintiffs, was advised that the government may need until at least December 13, 2002 to submit its answer/response to the Complaint herein. Mr. Casillas advised that he had no objection to allowing the government until December 13, 2002, to file its response to the Plaintiffs' Complaint.

However, while it is hoped that the Government will not need to make any additional requests for more time, it is possible that the government may need up until December 27, 2002, to submit its response to the allegations raised in the Complaint; unfortunately, this contingency had not been raised with Plaintiff's counsel during the undersigned's previous conversations with him.

A phone call was placed to Mr. Casillas on December 6, 2002, to determine if he would be opposed to a longer extension. Unfortunately, he was not in his office. Therefore, it is not known whether a request for a longer extension would be opposed.

WHEREFORE, PREMISES CONSIDERED, the Federal Defendants pray that this Court grant their request for an enlargement of time to submit their Answer (or otherwise plead) until December 13, 2002.

Respectfully Submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

Nancy L. Masso
Assistant U. S. Attorney
600 East Harrison Street, No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

### Certificate of Service

I certify that on **December 6, 2002**, a copy of the Federal Defendants' Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead was mailed to Plaintiffs' attorney, Arnoldo Casillas, MORENO, BECERRA, GUERRERO & CASILLAS, 3500 W. Beverly Blvd., Montebello, CA 90640, via certified mail, return receipt requested.

Nancy L. Mass
Assistant U. S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESTATE OF JOSE VARGAS, ET AL. | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-02-132 |
| | * | |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, ET AL | * | |
| | * | |

**ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Today, this Court considered the Federal Defendants' Unopposed Motion for an Enlargement of Time to Answer or Otherwise Plead. Having reviewed the request and noting that it is unopposed, this Court finds that the federal defendants herein have good cause for seeking this extension of time.

THEREFORE, IT IS HEREBY ORDERED that the motion is granted, and that the Federal Defendants may file their response to Plaintiffs' Complaint no later than: _____, 2002.

DONE on this the\_\_\_\_\_day of _____, 2002, in Brownsville, Texas.


_____
JOHN Wm. BLACK
United States Magistrate Judge