United States District Court
Southern District of Texas
ENTERED

DEC 1 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ESTATE OF JOSE VARGAS, ET AL. | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-02-132 |
| | * | |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, ET AL | * | |
| | * | |

## ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT

Today, this Court considered the Federal Defendants' Unopposed Motion for an Enlargement of Time to Answer or Otherwise Plead (DOCKET NO. 24). Having reviewed the request and noting that it is unopposed, this Court finds that the federal defendants herein have good cause for seeking this extension of time.

THEREFORE, IT IS HEREBY ORDERED that the motion is granted, and that the Federal Defendants may file their response to Plaintiffs' Complaint no later than: 24 DECEMBER, 2002.

DONE on this the 12TH day of DECEMBER, 2002, in Brownsville, Texas.

JOHN Wm. BLACK
United States Magistrate Judge