

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-132   DATE & TIME: 01-21-03 AT 2:00 P.M.

MARIA H. COVARRUBIAS, ET AL.        PLAINTIFF(S)   ARNOLD CASILLAS
                                    COUNSEL        DANILO J. BECERRA
                                                   GREGORY W. MORENO
VS.

FIVE UNKNOWN INS/BORDER PATROL      DEFENDANT(S)   KEITH ORLANDO E. WYATT
AGENTS, ET AL.                      COUNSEL

---

ERO: Rita Nieto
CSC: Manuel Agado

Attorneys Arnold Casillas and Nancy Masso appeared.

The following rulings were made:

1. Plaintiffs to amend complaint by February 14, 2003.

2. Trial will be set for April, 2004.

3. Qualified immunity resolution will be on or before September, 2003.

4. Parties will submit an agreed scheduling order on or before February 3, 2003.