# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Estate of Jose Vargas, et.al., ) CIVIL ACTION: B-02-132
    Plaintiffs, )
v. ) **SCHEDULING ORDER**
Five Unknown INS/Border Patrol Agents; et al., )
    Defendants. )

1. Trial: Estimated time to try: 10 days    X Bench    X Jury[1]

2. New Parties must be joined by: **February 14, 2003**

3. The Plaintiffs' experts must be named with a report furnished by: **October 15, 2003**

4. The Defendants' experts must be named with a report furnished by: **December 1, 2003**

5. Discovery must be completed by: **January 31, 2004**

    *(Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.)*

6. Dispositive motions will be filed by: **March 12, 2004**
   Non-dispositive motions will be filed by: **March 29, 2004**

********************The Court will provide the following dates********************

7. Joint pretrial order is due: **April 23, 2004**
   *(The plaintiff is responsible for filing the pretrial order on time.)*

8. Final PreTrial conference is set for 1:30 p.m. on: **May 6, 2004**

9. Jury selection is set for 9:00 a.m. **May 7, 2004**

The case will remain on standby until tried.

Signed this 28th day of February, 2003

                                    Hon. Andrew S. Hanen
                                    U.S. District Judge

---

[1] The case involves an FTCA component and a <u>Bivens</u> component. Thus calling for concurrent jury and bench trial.