AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE MARCH 27, 2003 | |
|---|---|---|
| NAME OF SERVER (PRINT) LEAH A. MORENO | TITLE PARALEGAL | |

United States District Court
Southern District of Texas
FILED

APR 1 1 2003

Michael N. Milby
Clerk of Court

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served pursuant to FRCP 4(i) by sending copy of Summons and Complaint (First Amended) via Certified Return Receipt to Defendant and to US Atty office and Dept of Justice.

## STATEMENT OF SERVICE FEES

| TRAVEL 0 | SERVICES 0 | TOTAL 0 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-10-03
Date

Leah A. Moreno
Signature of Server

3500 W. Beverly Blvd.
Address of Server
Montebello, CA 90640

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.