| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| MORENO, BECERRA, GUERRERO & CASILLAS<br>3500 WEST BEVERLY BOULEVARD<br>MONTEBELLO, CA. 90640<br>(323) 725-0917<br>ATTORNEY FOR (Name):<br>NAME OF COURT AND ADDRESS:<br>UNISTED STATES DISTRICT OURT SOUTHERN DISTRICT OF TEXAS | United States District Court<br>Southern District of Texas<br>FILED<br><br>APR 1 1 2003<br><br>Michael N. Milby<br>Clerk of Court |
| PLAINTIFF/PETITIONER:<br>JOSE VARGAS<br>DEFENDANT/RESPONDENT:<br>USA | |
| **PROOF OF SERVICE** | CASE NO: B02132 |

Hearing date:            Time:                       Dept./Div.:

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   SUMMONS; 1ST. AMENDED COMPLAINT

2. a. Party served:    GEORGE F. FELTON, III
   b. Person served:   party in item 2a
   c. Address:         33501 FM 1577 UNIT-2
                       SAN BENITO, TX. 78586
                       (x) at home

3. I served the party named in item 2
   a. by personally delivering the copies (1) on 03/24/03 at (2) 7:51 PM

4. The "Notice to the person served" (on the summons) was completed as follows:
   GEORGE F. FELTON, III
   a. as an individual defendant.

5. Person serving:                              a. Fee for service: 105.00
   SAM WALLACE                                  d. A Texas
   JANNEY & JANNEY ATTORNEY SVCS.                  process server
   1313 W. 8TH STREET SUITE 310                    (subcontractor)
   LOS ANGELES, CA 90017
   (213) 628-6338

6. I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Judicial Council Form, Rule 982(a)(23)        Signature: /s/ Sam Wallace
   1034309          ppv1                      Date: 03/31/03

**Janney & Janney**
attorney service, inc.
Document Prepared On Recycled Paper

1313 W. 8TH STREET SUITE 310
LOS ANGELES, CA 90017
**(213) 628-6338**

-1-

PROOF OF SERVICE

## S E R V I C E   R E P O R T

Our Invoice #-1034309        Server #-999            Route #- 6
 03/27/03


Bill to: 10858 **MORENO, BECERRA, GUERRERO & CASILLAS**   Your File # .
                3500 WEST BEVERLY BOULEVARD              Case # B02132
                MONTEBELLO, CA. 90640                    Attn: LEAH

Case Title: JOSE VARGAS VS. USA
Name(s):
GEORGE F. FELTON, III


Address: 33501 FM 1577 UNIT-2                    SAN BENITO, TX. 78586
Document(s):
SUMMONS; 1ST. AMENDED COMPLAINT


-----------------------------------------REPORT--------------------------------------

Date & Time Served: 03/24/03   7:51    PM     Place Served: RESIDENCE
Personal Service




Remarks:



              Service Fee:     .00           Extra Service:
                  Mileage:                     Back Pickup:
                  Advance:                   Due Diligence:
                  Special:                            Time:
            Investigations:                  Back Delivery:
        Back Pickup/Rush:                     Fedex/Postage:
         Outside Services:  105.00            Document Prep:
           Court Services:              Court Serv. Out/Co.:
             Check Charge:                      Declaration:
              Rush Filing:                              Fax:
                   Notary:                 Next Day Filings:
      Data Base Retrieval:               Not Found Address:
            Rush Services:                    File Retrieval:
       Rush Court Service:                        Stake Out:
             Field Locate:
                   **TOTAL FEES CHARGED:$ 105.00**

           **MONTHLY STATEMENT WILL REFLECT THIS INVOICE.**
            **PLEASE FORWARD THIS INVOICE TO ACCOUNTING FOR PAYMENT.**
                        IRS #95-3267524



                                    **(213) 628-6338**
**Janney & Janney**          1313 W. 8TH STREET SUITE 310
attorney service, inc.       LOS ANGELES, CA 90017

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                                District of                              Texas

ESTATE OF JOSE VARGAS, ET AL.,

V.

**SUMMONS IN A CIVIL CASE**
ON FIRST AMENDED COMPLAINT

FIVE UNKNOWN BORDER PATROL
AGENTS, ET AL.

CASE NUMBER: B-02-132

TO: (Name and address of Defendant)
GEORGE F. FELTON, III
33501 FM 1577 UNIT 2
SAN BENITO, TX 78586

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GREGORY W. MORENO, ESQ.
MORENO, BECERRA, GUERRERO & CASILLAS
3500 W. BEVERLY BLVD.
MONTEBELLO, CA 90640
323/725-0917

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                    3-13-03
CLERK                                                DATE

_Rita Nieto_
(By) DEPUTY CLERK