IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| MARIA H. COVARRUBIAS, Individually and as Successor in interest for the Estate if Joe Vargas, Deceased and as Guardian for Ricardo Vargas, a minor, et al., Plaintiff, | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-132 |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, et al., Defendants. | § § § § | |

## ORDER

IT IS hereby **ORDERED,** that Plaintiff, Maria H. Covarrubias' Petition for Appointment of Guardian Ad Litem for minor Ricardo Vargas (Docket No. 6) filed pursuant to FED. R. CIV. P. 17 (c), be **DENIED WITHOUT PREJUDICE.** If the need arises, Plaintiff may refile a motion seeking the Appointment of a Guardian Ad Litem.

DONE at Brownsville, Texas, this 22nd day of May, 2003.

John Wm. Black
United States Magistrate Judge