## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

**JUN 3 0 2003**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MARIA H. COVARRUBIAS, Individually | § | |
| and as Successor in interest for the Estate | § | |
| of Joe Vargas, Deceased and as Guardian | § | |
| for Ricardo Vargas, a minor, et al., | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-02-132 |
| | § | |
| VS. | § | |
| | § | |
| FIVE UNKNOWN INS/BORDER | § | |
| PATROL AGENTS, et al., | § | |
| Defendants. | § | |

## ORDER

**IT IS** hereby **ORDERED,** that Plaintiff, Maria H. Covarrubias submit a response to

Defendants' (United States Department of Immigration and Naturalization Service and the

United States Border Patrol) Motion to Dismiss pursuant to FED. R. CIV. P. 12 (b)(1), (2), and (6)

(Docket No. 38), no later than July 23, 2003.

DONE at Brownsville, Texas, this 25th day of June, 2003.

_____
John Wm. Black
United States Magistrate Judge