United States District Court
Southern District of Texas
FILED

JUL 2 3 2003

Michael N. Milby
Clerk of Court

```
 1  GREGORY W. MORENO, ESQ., SBN 57844
    ARNOLDO CASILLAS, ESQ., SBN 158519
 2  MORENO, BECERRA, GUERRERO & CASILLAS
    3500 West Beverly Boulevard
 3  Montebello, CA 9064
    (323) 725-0917
 4  (323) 725-0350

 5  Attorneys for Plaintiffs
    Estate of Jose Vargas, by and through Maria
 6  H. Covarrubias, Administrator and Successor in
    Interest; Ricardo Vargas, a minor, by and through
 7  his guardian Maria H. Covarrubias; Maria H.
    Covarrubias; Jose G. Vargas Mendoza; Angelina
 8  Valencia Morales;Estate of Guillermo Acosta Zamora,
    by and through Maria Teresa Alvarado Mendez,
 9  Administrator and Successor In Interest; Maria
    Teresa Alvarado Mendez; Victor H. Acosta
10  Alvarado; Ronald Acosta Alvarado; and, Luis
    Alberto Acosta Alvarado
11
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Estate of Jose Vargas, by and through Maria H. Covarrubias; Administrator and Successor in interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor in Interest; Maria Teresa Alvarado Mendez; Victor H. Acosta Alvarado; Ronald Acosta Alvarado; and, Luis Alberto Acosta Alvarado,<br><br>          Plaintiffs,<br><br>  v.<br><br>Five Unknown INS/Border Patrol Agents; U.S. Department of Immigration and Naturalization; United States Border Patrol; United States of America, and DOE defendants 1-10, inclusive,<br><br>          Defendants. | CASE NO: B-02-132<br><br>PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT UNITED STATES DEPARTMENT OF IMMIGRATION AND NATURALIZATION SERVICE AND DEFENDANT UNITED STATES BORDER PATROL'S MOTION TO DISMISS |

1     **COME NOW PLAINTIFFS** Estate of Jose Vargas, by and through
2 Maria H. Covarrubias; Administrator and Successor in interest;
3 Ricardo Vargas, a minor, by and through his guardian Maria H.
4 Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza;
5 Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by
6 and through Maria Teresa Alvarado Mendez, Administrator and
7 Successor in Interest, Maria Teresa Alvarado Mendez, Victor H.
8 Acosta Alvarado, Ronald Acosta Alvarado, and, Luis Alberto Acosta
9 Alvarado, and hereby submits this Notice of Non-Opposition to
10 Defendant United States Department of Immigration and
11 Naturalization Service and Defendant United States Border
12 Patrol's Motion to Dismiss filed June 23, 2003.

13 Dated: July 22, 2003    MORENO, BECERRA, GUERRERO & CASILLAS

15                              By: _____
                                  ARNOLDO CASILLAS
16                              Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 3500 West Beverly Boulevard, Montebello, CA 90640-1541.

On July 23, 2003, I served the foregoing documents described as:

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT UNITED STATES DEPARTMENT OF IMMIGRATION AND NATURALIZATION SERVICE AND DEFENDANT UNITED STATES BORDER PATROL MOTION TO DISMISS**

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Nancy Masso, Esq.
Assistant U.S. Attorney
600 E. Harrison Street, No. 201
Brownsville, TX 78520

( )   BY FACSIMILE: caused such document to be transmitted via facsimile to the offices of the addressee(s). (C.C.P. § 1013(a)(e)(f)).

( XX ) (BY MAIL)
I caused such envelope to be deposited in the mail at Montebello, California. The envelope was mailed with postages thereon fully prepaid.
I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

( )   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressee(s). (C.C.P. §1013(c)(d)).

( ) (BY PERSONAL SERVICE)
I delivered such envelope by hand to the addressee.

Executed on July 23, 2003, at Montebello, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
LEAH A. MORENO