

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-



United States District Court
Southern District of Texas
ENTERED
AUG 0 5 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA H. COVARRUBIAS, Individually and as Successor in interest for the Estate of Joe Vargas, Deceased and as Guardian for Ricardo Vargas, a minor, et al., Plaintiff, VS. FIVE UNKNOWN INS/BORDER PATROL AGENTS, et al., Defendants. | CIVIL ACTION NO. B-02-132 |

## ORDER

Pending before the Court is a Motion to Dismiss (Docket No. 38) filed by Defendants, United States Department of Immigration and Naturalization Service ("INS") and the United States Border Patrol. Defendants filed the motion pursuant to FED. R. CIV. P. 12(b) (1), (2), and (6), claiming that the United States itself is the only proper party defendant under the Federal Tort Claims Act ("FTCA"). Defendants also contend that as agencies of the United States they are entitled to sovereign immunity for suits alleging constitutional violations.

On July 23, 2003, Plaintiffs filed a Notice of Non-Opposition (Docket No. 41) to Defendants' Motion to Dismiss.

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss be **GRANTED**.

DONE in Brownsville, Texas, on this 5th day of August, 2003.

Andrew S. Hanen
United States District Judge