# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

MARIA H. COVARRUBIAS, ET AL      §
                                 §
VS.                              §   CIVIL ACTION NO. B-02-132
                                 §
FIVE UNKNOWN INS/BORDER PATROL,  §
ET AL                            §

TYPE OF CASE:        _X_ CIVIL                    ___ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING: **DOCKET CALL & JURY SELECTION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                            ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**              THIRD FLOOR COURTROOM, #6
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:               RESET TO DATE AND TIME:

May 6, 2004 @ 1:30 pm                             May 4, 2004 @ 1:30 pm
May 7, 2004 @ 9:00 am                             May 6, 2004 @ 9:00 am


                        MICHAEL N. MILBY, CLERK

                    BY: _____
                        Irma A. Soto, Deputy Clerk

DATE: September 8, 2003

TO: **ALL COUNSEL OF RECORD**