United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ESTATE OF JOSE VARGAS, by and \*
through MARIA H. COVARRUBIAS, etc. \*
Plaintiffs, \*
\*
v. \*   CIVIL ACTION No. B-02-132
\*
GEORGE F. FELTON, III., \*
DANIEL ZAEHRINGER, PATRICK B. \*
McDERMOTT, TWO UNKNOWN \*
INS/BORDER PATROL AGENTS; UNITED \*
SATES DEPT. OF IMMIGRATION and \*
NATURALIZATION; UNITED STATES \*
BORDER PATROL; UNITED STATES OF \*
AMERICA, and DOE \*
Defendants 1-10, inclusive, \*
Defendants. \*

## DEFENDANT GEORGE F. FELTON'S
## MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FRCP
## AND ALTERNATIVE MOTION FOR SUMMARY JUDGEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, George F. "Trip" Felton, III., who has been sued in his individual capacity, moves this Court to dismiss the allegations made against him for failure to state a claim upon which relief can be granted. See, Rule 12(b)(6) of the Federal Rules of Civil Procedure. Alternatively, Defendant George Felton moves this Court to enter a judgement in favor of him and against the Plaintiffs. See, Rule 56 of the Federal Rules of Civil Procedure. Defendant, George Felton, asserts that he is entitled to qualified immunity regarding the claims alleged against him and that the plaintiffs' causes of action fail as a matter of law; as such, his motion for summary judgement should be granted.

In support of this motion, Defendant has filed a supporting brief contemporaneously with this motion as well as an exhibit packet entitled "Defendants' Summary Judgment Motions' Exhibit Packet" containing Exhibits 1 through 4. The Brief and arguments posed therein and the Exhibits contained within the "Defendants' Summary Judgement Motions' Exhibit Packet" are hereby incorporated by reference herein.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Court grant this motion and dismiss the allegations raised against him; alternatively, Defendant, George Felton, prays that this Court render judgement in favor of him and against the Plaintiffs' on the grounds that he is entitled to judgement, as a matter of law.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of "Defendant George F. Felton's Motion to Dismiss Pursuant to Rule 12(b)(6) of the FRCP and Alternative Motion for Summary Judgement" was mailed, via certified mail, return receipt requested, on February 5, 2004, to Plaintiffs' attorney, Gregory W. Moreno and Arnoldo Casillas at MORENO, BECERRA, GUERRERO & CASILLAS, 3500 West Beverly Blvd., Montebello, CA 90640.

NANCY L. MASSO
Assistant United States Attorney