United States District Court
Southern District of Texas
FILED

FEB 25 2004

Michael N. Milby
Clerk of Court

ARNOLDO CASILLAS, ESQ., State Bar No. 158159
MORENO, BECERRA, GUERRERO & CASILLAS
A Professional Law Corporation
3500 West Beverly Boulevard
Montebello, CA 90640-1541
Tel: (323) 725-0917
Fax: (323) 725-0350

Attorneys for Plaintiffs
Estate of Jose Vargas, by and through Maria H. Covarrubias, Administrator and Successor in Interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales;Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor In Interest; Maria Teresa Alvarado Mendez; Victor H. Acosta Alvarado; Ronald Acosta Alvarado; and, Luis Alberto Acosta Alvarado

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| Estate of Jose Vargas, et al., ) | CASE NO: CASE NO: B-02-132 |
| Plaintiffs, ) | |
| v. ) | **PLAINTIFFS' REQUEST FOR ORAL ARGUMENT** |
| Five Unknown INS/Border Patrol Agents; et al., ) | |
| Defendants. ) | |

COME NOW PLAINTIFFS Estate of Jose Vargas, by and through Maria H. Covarrubias; Administrator and Successor in interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor in Interest, Maria Teresa Alvarado Mendez, Victor H. Acosta Alvarado, Ronald Acosta Alvarado, and, Luis Alberto Acosta Alvarado, and respectfully request that the present court schedule the

////

1 | hearing of the various Motions to Dismiss Plaintiffs' Complaint/Alternate Motion for
2 | Summary Judgment for oral argument.
3 |                                              Respectfully submitted,
4 | DATED: February 25, 2004         MORENO, BECERRA, GUERRERO & CASILLAS
5 |
6 |                                    BY: _____
                                          ARNOLDO CASILLAS
                                          Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 3500 West Beverly Boulevard, Montebello, CA 90640-1541.

On February 24, 2004, I served the foregoing documents described as:

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT**

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Nancy Masso, Esq.
Assistant U.S. Attorney
600 E. Harrison Street, No. 201
Brownsville, TX 78520

( )   BY FACSIMILE: caused such document to be transmitted via facsimile to the offices of the addressee(s). (C.C.P. § 1013(a)(e)(f)).

( XX ) (BY MAIL)
I caused such envelope to be deposited in the mail at Montebello, California. The envelope was mailed with postages thereon fully prepaid.
I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

( )   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressee(s). (C.C.P. §1013(c)(d)).

( )   (BY PERSONAL SERVICE)
I delivered such envelope by hand to the addressee.

Executed on February 24, 2004, at Montebello, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
LEAH A. MORENO