1  GREGORY W. MORENO, ESQ., SBN 57844
   ARNOLDO CASILLAS, ESQ., SBN 158519
2  MORENO, BECERRA, GUERRERO & CASILLAS
   3500 West Beverly Boulevard
3  Montebello, CA 9064
   (323) 725-0917
4
   Attorneys for Plaintiffs
5  Estate of Jose Vargas, by and through Maria
   H. Covarrubias, Administrator and Successor in
6  Interest; Ricardo Vargas, a minor, by and through
   his guardian Maria H. Covarrubias; Maria H.
7  Covarrubias; Jose G. Vargas Mendoza; Angelina
   Valencia Morales;Estate of Guillermo Acosta Zamora,
8  by and through Maria Teresa Alvarado Mendez,
   Administrator and Successor In Interest; Maria
9  Teresa Alvarado Mendez; Victor H. Acosta
   Alvarado; Ronald Acosta Alvarado; and, Luis
10 Alberto Acosta Alvarado

United States District Court
Southern District of Texas
FILED

MAR 0 5 2004

Michael N. Milby
Clerk of Court

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Estate of Jose Vargas, et.al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> George F. Felton III, Daniel Zaehringer, ) <br> Patrick B. McDermott, Two Unknown ) <br> INS/Border Patrol Agents; U.S. Department ) <br> of Immigration and Naturalization; United ) <br> States Border Patrol; United States of ) <br> America, and DOE defendants 1-10, ) <br> inclusive, ) <br> ) <br> Defendants. ) | CASE NO: B-02-132 <br><br> NOTICE OF FILING ORIGINAL SIGNATURES ON DECLARATIONS OF FERNANDO DEL RIO-VARGAS; CARMELO ABUNDIS AND ROBERTO VARGAS VARGAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT |

COME NOW PLAINTIFFS in the above-entitled action and hereby submit the original signatures to the Declaration of Fernando Del Rio-Vargas, the Declaration of Carmelo Abundis and the Declaration of Roberto Vargas Vargas, in support of Plaintiffs' Oppositions to Defendants' Motions to Dismiss or in the Alternative Summary Judgment.

////

////

1 | Said original signatures are attached hereto and Plaintiffs hereby respectfully request the
2 | court incorporate said original signatures into said opposition.
3 | Respectfully submitted,

Date: March 3, 2004                     MORENO, BECERRA, GUERRERO & CASILLAS

                                        By: _____
                                            GREGORY W. MORENO
                                            ARNOLDO CASILLAS
                                        Attorneys for PLAINTIFFS

1  plastic garment bags left there in hopes that the drowning men could use them as floatation devices, however, this attempt was unsuccessful and all three men drowned.

19. The Agents never attempted to radio for assistance, nor did they ever attempt to personally assist the drowning men even after they had prevented rescue efforts.

20. Once the men had drowned, the Agents gathered the remaining immigrants and left the area.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of February 2004 at Michoacan, Mexico.

*Fernando del Rio-Vargas*
FERNANDO DEL RIO VARGAS

-4-

Mexican bank in hopes that the drowning men could use them as a floatation devices, however, this attempt was unsuccessful and all three men drowned.

17. I never saw the Agents attempt to radio for assistance, nor did they ever attempt to personally assist the drowning men even after they had prevented rescue efforts.

18. Once the men had drowned, the Agents gathered the remaining immigrants and left the area.

19. I then proceeded down the river bank, combing the waters to see if Jose Vargas' body resurfaced, however, I was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of February 2004 at Michoacan, Mexico.

*CARMELO ABUNDIS T* (signature)
CARMELO ABUNDIS

cut it as well.

18. Carmelo and others on the Mexican river bank then tried throwing plastic garment bags left there in hopes that the drowning men could use them as floatation devices, however, this attempt was unsuccessful and all three men drowned.

19. The Agents never attempted to radio for assistance, nor did they ever attempt to personally assist the drowning men even after they had prevented rescue efforts.

20. Once the men had drowned, the Agents gathered the remaining immigrants and left the area.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of February 2004 at Michoacan, Mexico.

*Roberto Vargas Vargas* (signature)
ROBERTO VARGAS VARGAS

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 3500 West Beverly Boulevard, Montebello, CA 90640-1541.

On March 4, 2004, I served the foregoing documents described as:

NOTICE OF FILING ORIGINAL SIGNATURES ON DECLARATIONS OF FERNANDO DEL RIO-VARGAS; CARMELO ABUNDIS AND ROBERTO VARGAS VARGAS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Nancy Masso, Esq.
Assistant U.S. Attorney
600 E. Harrison Street, No. 201
Brownsville, TX 78520

( )  BY FACSIMILE: caused such document to be transmitted via facsimile to the offices of the addressee(s). (C.C.P. § 1013(a)(e)(f)).

( ) (BY MAIL)
I caused such envelope to be deposited in the mail at Montebello, California. The envelope was mailed with postages thereon fully prepaid.
I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

( XX ) BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressee(s). (C.C.P. §1013(c)(d)).

( ) (BY PERSONAL SERVICE)
I delivered such envelope by hand to the addressee.

Executed on March 4, 2004, at Montebello, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
LEAH A. MORENO