IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
FILED

MAR 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARIA H. COVARRUBIAS, Individually and as Successor in interest for the Estate of Joe Vargas, Deceased and as Guardian for Ricardo Vargas, a minor, et al., Plaintiff, | § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-132 |
| FIVE UNKNOWN INS/BORDER PATROL AGENTS, et al., Defendants. | § § § § | |

United States District Court
Southern District of Texas
ENTERED

MAR 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

### MAGISTRATE JUDGE'S ORDER DENYING PLAINTIFF'S MOTION FOR ORAL ARGUMENT

Plaintiff, Maria H. Covarrubias, filed a Motion for Oral Argument (Docket No. 51) on February 25, 2004, in support of Plaintiff's Oppositions to Defendants' Motions to Dismiss or in the Alternative Motions for Summary Judgment (Docket Nos. 44, 46, 48).

After due consideration of Plaintiff's request, **IT IS ORDERED** that the Motion for Oral Argument be **DENIED**.

DONE at Brownsville, Texas, this 12th day of March, 2004.

John Wm. Black
United States Magistrate Judge