GREGORY W. MORENO, ESQ., State Bar Number 57844 (California)
ARNOLDO CASILLAS, ESQ., State Bar Number 158519 (California)
MORENO, BECERRA, GUERRERO & CASILLAS
3500 West Beverly Boulevard
Montebello, CA 9064
Phone:(323) 725-0917
Fax: (323) 725-0350

Attorneys for Plaintiffs
Estate of Jose Vargas, by and through Maria
H. Covarrubias, Administrator and Successor in
Interest; Ricardo Vargas, a minor, by and through
his guardian Maria H. Covarrubias; Maria H.
Covarrubias; Jose G. Vargas Mendoza; Angelina
Valencia Morales;Estate of Guillermo Acosta Zamora,
by and through Maria Teresa Alvarado Mendez,
Administrator and Successor In Interest; Maria
Teresa Alvarado Mendez; Victor H. Acosta
Alvarado; Ronald Acosta Alvarado; and, Luis
Alberto Acosta Alvarado

United States District Court
Southern District of Texas
FILED

MAR 29 2004

Michael N. Milby
Clerk of Court

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Estate of Jose Vargas, et al., ) | CASE NO: B-02-132 |
| ) | |
| Plaintiffs, ) | PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE BECAUSE OF UNAVAILABILITY OF COUNSEL DUE TO ILLNESS; DECLARATION OF ARNOLDO CASILLAS IN SUPPORT THEREOF |
| v. ) | |
| ) | |
| Five Unknown INS/Border Patrol ) Agents; et al., ) | |
| ) | [OPPOSED] |
| Defendants. ) | |

**COME NOW PLAINTIFFS** and move for a continuance of the trial date of May 6, 2004, in the present matter as a result of their trial attorney being unavailable for trail due to his recovery from cardiac surgery.

The present motion is made pursuant to FRCP 40 and is based on the fact that Plaintiff's cannot proceed to trial absent their trial counsel and upon the grounds that no meaningful prejudice

////

1 would befall defendants by continuing the trial for a short
2 period.
3     Accordingly, Plaintiffs respectfully request that this court
4 continue the trial for approximately to September _____, or
5 some date thereafter as the court determines appropriate.
6     Pursuant to L.R. 7.1.D(1), plaintiffs' counsel conferred
7 with Ms. Nancy Masso, the Assistant U.S. Attorney, on March 25,
8 2004, 2002 at approximately 10:00 a.m. regarding this motion and
9 Ms. Masso indicated that she would have to obtain her client's
10 consent before she could agree to the continuance; therefore, the
11 motion is opposed.

12
13 Dated: March 26, 2004     MORENO, BECERRA, GUERRERO &
    CASILLAS
14
    By: _____
15     ARNOLDO CASILLAS
    Attorneys for Plaintiffs
16
17
18
19
20
21
22
23
24
25
26
27
28

1                    <u>CERTIFICATE OF CONSULTATION</u>

2      I, Arnoldo Casillas, declare under the penalty of perjury as
3 follows:
4      On March 25, 2004 at approximately 10:00 a.m., I spoke with
5 Ms. Nancy Masso of the Brownsville, Texas office of the U.S.
6 Attorney regarding a proposed motion to continue the date of the
7 trial presently scheduled in this case for May 6, 2004.  We
8 discussed the motion and she indicated that absent her client's
9 consent, which she did not have, she could not agree to a
10 continuance of the trial.  The motion is therefore opposed.
11
12 Dated:    March 26, 2004     _____
13                                        Arnoldo Casillas

-3-

**MEMORANDUM OF POINTS AND AUTHORITIES**

Come now plaintiffs Estate of Jose Vargas, by and through Maria H. Covarrubias; Administrator and Successor in interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales; Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor in Interest, Maria Teresa Alvarado Mendez, Victor H. Acosta Alvarado, Ronald Acosta Alvarado, and, Luis Alberto Acosta Alvarado, (hereafter "Plaintiffs") and offer the following memorandum of points and authorities in support of their motion for a continuance of the May 6th trial date in the present matter.

## I.

### Statement of Facts

The trial in the matter is currently scheduled for May 6, 2004.

On February 6, 2004, Plaintiff's trial attorney, Gregory W. Moreno underwent major emergency cardiac surgery (quadruple bypass). Because of the nature and extent of his surgery, he was advised that he would not be able to return to work for approximately eight (8) weeks following the surgery. Thereafter, he was permitted to return to work only on a limited basis for another four to six (4-6) weeks and he will return to work on a steady basis by approximately early June 2004. Because of his absence, Mr. Moreno will be unable to participate in trial preparation and trial. No other attorney in Mr. Moreno's office

////

1 | has the experience in trying such a case.  <u>Decl. of A. Casillas</u>,
2 | P.1, ¶3.
3 |     Continuing the May 6, 2004 trial date by approximately 4
4 | month (September 2004) will allow Mr. Moreno ample time to
5 | recover from his surgery, prepare for and participate in the
6 | trial of this matter.
7 |     Plaintiffs respectfully submit that little if any prejudice
8 | would befall defendants as a result of the granting of the
9 | proposed continuance.  Moreover, defendants motion for summary
10 | judgement is pending before the present court.  The motion is
11 | dispositive of all issues in the case.  Postponing the trial
12 | until the court decides the motion could also conceivably result
13 | in a saving of the substantial resources as the parties gear up
14 | for trial.
15 |     Based on the foregoing, Plaintiffs respectfully request a
16 | continuance of the trial date for approximately 120 days to mid-
17 | September 2004 or early October 2004.

## II.

### CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the court issue the order filed concurrently herewith continuing the trial date to a date that the court determines appropriate.

Dated: March 26, 2004    MORENO, BECERRA, GUERRERO & CASILLAS

By: _____
GREGORY W. MORENO
ARNOLDO CASILLAS

-5-

## DECLARATION OF ARNOLDO CASILLAS

I, ARNOLDO CASILLAS, declare:

1. I am an attorney duly licensed to practice before all the courts in the State of California and I am authorized to practice in the United States District Court, Southern District of Texas. I am a partner with the law office of Moreno, Becerra, Guerrero & Casillas attorneys of record for the Plaintiffs in the above-entitled matter. I have personal knowledge about the facts stated herein and if called upon to attest to them under the penalty, I could and would do so.

2. The above-entitled matter is currently set to begin trial on May 6, 2004,

3. On February 6, 2004, Plaintiff's trial attorney, Gregory W. Moreno underwent major emergency cardiac surgery (quadruple bypass). Because of the nature and extent of his surgery, he was advised that he would not be able to return to work for approximately eight (8) weeks following the surgery. Thereafter, he was permitted to return to work only on a limited basis for another four to six (4-6) weeks and he will return to work on a steady basis by approximately early June 2004. Because of his absence, Mr. Moreno will be unable to participate in trial preparation and trial. No other attorney in our office has the experience in trying such a case.

////
////
////
////
////

4. Based on the foregoing, your declarant respectfully requests on behalf of the present plaintiffs, that the present trial be continued to mid-September or early November 2004.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of March, 2004 in Montebello, California

_____
ARNOLDO CASILLAS

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Estate of Jose Vargas, et al., ) | CASE NO: B-02-132 |
| ) | |
| ) | ORDER RE MOTION TO CONTINUE |
| ) | TRIAL DATE BECAUSE OF |
| Plaintiffs, ) | UNAVAILABILITY OF COUNSEL |
| ) | DUE TO ILLNESS |
| v. ) | |
| ) | |
| Five Unknown INS/Border Patrol ) | |
| Agents; et al., ) | |
| ) | |
| Defendants. ) | |

    Good cause appearing therefore, this Court grants Plaintiff's Motion to Continue the trial date in the present case.

    The present date for said trial of May 6, 2004, and related docket call is vacated and the following dates are scheduled:

    Docket Call: _____

    Trial Date: _____


Dated: _____

                                        Hon. John William Black
                                        United States District Court
                                        For the Southern District of Texas

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 3500 West Beverly Boulevard, Montebello, CA 90640-1541.

On March 26, 2004, I served the foregoing documents described as:

PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE BECAUSE OF UNAVAILABILITY OF COUNSEL DUE TO ILLNESS; DECLARATION OF ARNOLDO CASILLAS IN SUPPORT THEREOF

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Nancy Masso, Esq.
Assistant U.S. Attorney
600 E. Harrison Street, No. 201
Brownsville, TX 78520

( )   BY FACSIMILE: caused such document to be transmitted via facsimile to the offices of the addressee(s). (C.C.P. § 1013(a)(e)(f)).

(XX )  (BY MAIL)
I caused such envelope to be deposited in the mail at Montebello, California. The envelope was mailed with postage thereon fully prepaid.
I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

( )   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressee(s). (C.C.P. §1013(c)(d)).

( ) (BY PERSONAL SERVICE)
I delivered such envelope by hand to the addressee.

Executed on March 26, 2004, at Montebello, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
LEAH A. MORENO