IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ESTATE OF JOSE VARGAS, by and through MARIA H. COVARRUBIAS, *etc.* Plaintiffs, | * * * * |
| v. | * CIVIL ACTION No. B-02-132 |
| GEORGE F. FELTON, III., DANIEL ZAEHRINGER, PATRICK B. McDERMOTT, ETC. | * * * * * |
| Defendants. | * |

## DEFENDANTS' CERTIFICATION OF
## NO-OPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE

*TO THE HONORABLE JUDGE OF SAID COURT:*

The Defendants herein do not oppose the Plaintiffs' motion for continuance of the trial date.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of "DEFENDANTS' CERTIFICATION OF NO-OPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE" was mailed, via certified mail, return receipt requested, on April 1, 2004, to Plaintiffs' attorney, Gregory W. Moreno and Arnoldo Casillas at MORENO, BECERRA, GUERRERO & CASILLAS, 3500 West Beverly Blvd., Montebello, CA 90640.

NANCY L. MASSO
Assistant United States Attorney