60

1

2

3

United States District Court
Southern District of Texas
ENTERED

APR 0 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

4

5

6

# UNITED STATES DISTRICT COURT

7

## FOR THE SOUTHERN DISTRICT OF TEXAS

8

Estate of Jose Vargas, et al.,

9

10                                    Plaintiffs,

11        v.

12

Five Unknown INS/Border Patrol
13  Agents; et al.,

14                                    Defendants.

15

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO: B-02-132**

**ORDER RE MOTION TO CONTINUE
TRIAL DATE BECAUSE OF
UNAVAILABILITY OF COUNSEL
DUE TO ILLNESS**

16

17       Good cause appearing therefore, this Court grants

18  Plaintiff's Motion to Continue the trial date in the present

19  case.

20       The present date for said trial of May 6, 2004, and related

21  docket call is vacated and the following dates are scheduled:

22       Docket Call: AUGUST 31, 2004 AT 1:30 P.M.

23       Trial Date: SEPTEMBER 2, 2004 AT 9:00 A.M.

24

25  Dated: 6 APRIL 2004

Hon. John William Black
United States District Court
26                                    For the Southern District of Texas

27

28