# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

ESTATE OF JOSE VARGAS, by and          *
through MARIA H. COVARRUBIAS, *etc.*    *
Plaintiffs,                             *
                                        *
v.                                      *      CIVIL ACTION No. B-02-132
                                        *
GEORGE F. FELTON, III.,                 *
DANIEL ZAEHRINGER, PATRICK B.           *
McDERMOTT, ETC.                         *
                                        *
Defendants.                             *

## DEFENDANTS' RESPONSE TO MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

*TO THE HONORABLE JUDGE OF SAID COURT:*

The Defendants herein do not oppose or object to the Magistrate Judge's Report and Recommendation to the Court.

However, Defendants respectfully suggest that - in his introductory remarks - the Magistrate Judge was in error when he indicated that the individually named defendants were the only remaining defendants in this case.  Should the Court adopt the Magistrate Judge's report and recommendation, *in toto*, one Defendant - the United States of America - would be remaining.   It is anticipated that the United States of America will soon be seeking leave to file its own motion to dismiss this lawsuit on jurisdictional grounds.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel:  (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No.  10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of "DEFENDANTS' RESPONSE TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION" was mailed, via certified mail, return receipt requested, on July 30, 2004, to Plaintiffs' attorney, Gregory W. Moreno and Arnoldo Casillas at MORENO, BECERRA, GUERRERO & CASILLAS, 3500 West Beverly Blvd., Montebello, CA 90640.

NANCY L. MASSO
Assistant United States Attorney

-2-