United States District Court
Southern District of Texas
FILED

AUG 3 1 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>DOCKET CALL</u>

CIVIL ACTION NO. <u>B-02-132</u>     DATE & TIME: <u>8/31/04 @ 1:45- 2:30 p.m.</u>
                                               COUNSEL:

| <u>Maria H. Covarrubias, et al</u> | § | <u>Arnoldo Casillas</u> |
|---|---|---|
| VS | § | |
| <u>Five Unknown INS/Border Patrol Agents, et al</u> | § | <u>Nancy Masso, AUSA</u> |

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket. Arnoldo Casillas appeared for the Plaintiffs. Nancy Masso, AUSA appeared for Defendants.

Court addresses several issues. Court will enter and order dismissing the United States and affirms Judge Black on 4th and 14th Amendments. Court will take under advisement 5th Amendment claim, the objections to R & R and the Motion to Set Aside Deemed Admissions after review of case law.

Parties may file any additional briefing within the next week.

Trial for this month is cancelled. If the R & R is accepted, a new scheduling order will be entered.

Court is adjourned.