The Brownsville Herald - Online Edition    Page 1 of 3
Case 1:02-cv-00132    Document 68-3    Filed in TXSD on 09/09/2004    Page 1 of 3

Attachment 2

 

**GET WATER WHERE YOU WANT IT!**

**CRAFTSMA**
Water Pumps & Tanks   Now at

| USERS | Log-In | Register | Members | El Nuevo Heraldo |

**Top Local Stories**    << **Mexican Americans ready to cast ballots**  |  **Main**  |  **City officials**
**Sports**                                     **something about problems at City Park** >>
**Entertainment**
**Scoop!**              **Recent drownings prompt BP to step up safety efforts**
**Education**
**Community**           By MARY MORENO
**Viewpoints**
**Lifestyle**           The recent televised drownings of two Mexican men witnessed b
**Events**              Border
**Classifieds**         Patrol agents has prompted the Immigration and Naturalization
**Obituaries**          step
**Weather**             up safety efforts along the Southwest border, INS officials annou
**Subscribe**           Monday.
**Contact Us**
**E-Mail Us**           Border Patrol agents in Brownsville were widely criticized after t
                        drownings
                        for supposedly not doing enough. The agents who watched the r
                        threw
**Advanced search**     them a floatation disc, but did not jump in the turbulent river as
                        critics suggested they should have done.

**Health Calendar**     Although the McAllen sector, which includes stations in Brownsv
                        Harlingen, was the site of the incident that brought border safet
**View All from this**  forefront of the nation's consciousness, officials here believe it w
**Month**               see many changes since this sector already leads the way as far
                        immigrant
                        safety is concerned.
**JOIN OUR MAILING**
**LIST FOR DAILY**
**HEADLINES!**          "We're setting the pace for the rest of the region," said Ernie Ca
                        Border Patrol agent-in-charge of the Brownsville station. "They'r
                        get what we have."

                        INS Spokesman Arturo Moreno agreed, calling the McAllen secto
                        "progressive."

                        "The McAllen sector has been proactive," he said. "They have ar
                        lot
                        of these things."

                        In Brownsville, for example, select agents have received basic e

medical technician training for more than a year now, said Supe
Agent
John Gunnoe.

Agent Robert Rocha is one of several agents who have received
certification as EMTs.

His Ford Expedition is outfitted with first aid provisions and basi
saving equipment. At any given time there are about two emerg
response
vehicles out by the levees, Gunnoe said.

But even the McAllen sector will receive at least one new type o
swift-water rescue, said Supervisory Agent Ramiro De Anda, a N
sector
spokesman. When the training will begin and how it will be impl
not
certain, he said.

"It'll be tough," he said of the swift-water rescue training. "Ther
strong swimmers and others are not so strong. Is it going to be
mandatory? Are
they only going to train some agents? I don't now how it will ap

At the Border Patrol academy, trainees receive instruction on ho
survive
in the water, Gunnoe, a former academy instructor said, but the
taught to jump in after a drowning victim.

"If you go in (the river), it's your decision," he said. "If you don'
you can pull yourself out, you shouldn't go in."

Posted by: **Doug** on Jun 28, 00 | 10:23 am | **Profile**

**Printer Friendly Version** | **Email Article | Send Us Your Comments**

**COMMENTS**



Note: Comments on stories are purged on a daily basi
Notify me when someone replies to this post? ☐



The Brownsville Herald
1135 E. Van Buren
Brownsville, TX 78520

956-542-4301
1-800-488-4301

Note: To subscribe to **The Brownsville Herald Newspaper, Click Here.**

The entire content of BrownsvilleHerald.com, including its logotype, are fully protected by copyright and registry and cannot be reproduced in any form for any purpose without written permission from The Brownsville Herald.

© 2000 The Brownsville Herald