**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| ESTATE OF JOSE VARGAS, by and through MARIA H. COVARRUBIAS, *etc.* Plaintiffs, | * * * * |
| v. | *   CIVIL ACTION No. B-02-132 * |
| GEORGE F. FELTON, III., DANIEL ZAEHRINGER, PATRICK B. McDERMOTT, ETC. | * * * * |
| Defendants. | * |

## ORDER DENYING PLAINTIFFS' MOTION TO WITHDRAW OR AMEND ADMISSIONS

    Today, this Court considered the Plaintiffs' Opposed Motion to Withdraw or Amend Admissions. After hearing the arguments of counsel and considering the briefs and exhibits on file with the Court, this Court finds that Defendants would be unduly prejudiced if this motion were granted.

    Plaintiffs concede that they did not respond timely to the requests for admissions. Assuming that Plaintiffs responded to the admissions on August 26, 2003, those responses were late. Yet, Plaintiff did not move for relief from the admissions at that time.

    The discovery deadline in this case lapsed and Defendants timely filed their motions to dismiss, relying in great part upon the Plaintiffs admissions. Yet, Plaintiffs still did not move to withdraw their admissions.

    The non-dispositive motion deadline in this case lapsed March 12, 2004, and Plaintiffs still did not file their motion to withdraw or amend admissions. During the course of this period of time, no discovery was taken by the Defendants because they secured their admissions.

    The unnecessary passage of time from August 26, 2003, to now has heightened the difficulty of the Defendants to locate and depose witnesses that are located on foreign soil, beyond the jurisdiction of the Court. As such, Defendants will be irreparably prejudiced by the withdrawal of Plaintiffs admissions.

    THEREFORE IT IS ORDERED, that Plaintiffs' Motion to Withdraw or Amend Admissions be DENIED.

Signed: _____

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Southern District of Texas