IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 0 1 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ESTATE OF JOSE VARGAS, by and through MARIA H. COVARRUBIAS, *etc.* Plaintiffs, | *<br>*<br>*<br>* |
| v. | *　　CIVIL ACTION No. B-02-132 |
| GEORGE F. FELTON, III., DANIEL ZAEHRINGER, PATRICK B. McDERMOTT, ETC. | *<br>*<br>*<br>* |
| Defendants. | * |

## FINAL JUDGMENT

This action came on for hearing before the Court, Honorable Andrew S. Hanen, United States District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED and ADJUDGED that Plaintiffs take nothing, that the action be dismissed on the merits, with prejudice.

Signed: 10/1/04

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS