```
                                              United States District Court
                                              Southern District of Texas
                                                      FILED
 1  GREGORY W. MORENO, ESQ., SBN 57844
    ARNOLDO CASILLAS, ESQ., SBN 158519               OCT 27 2004
 2  MORENO, BECERRA, GUERRERO & CASILLAS
    3500 West Beverly Boulevard              Michael N. Milby, Clerk of Court
 3  Montebello, CA 9064
    (323) 725-0917
 4
    Attorneys for Plaintiffs
 5  Estate of Jose Vargas, by and through Maria
    H. Covarrubias, Administrator and Successor in
 6  Interest; Ricardo Vargas, a minor, by and through
    his guardian Maria H. Covarrubias; Maria H.
 7  Covarrubias; Jose G. Vargas Mendoza; Angelina
    Valencia Morales;Estate of Guillermo Acosta Zamora,
 8  by and through Maria Teresa Alvarado Mendez,
    Administrator and Successor In Interest; Maria
 9  Teresa Alvarado Mendez; Victor H. Acosta
    Alvarado; Ronald Acosta Alvarado; and, Luis
10  Alberto Acosta Alvarado
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Estate of Jose Vargas, et.al., ) | **CASE NO: B-02-132** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **NOTICE OF APPEAL** |
| ) | |
| George F. Felton III, Daniel Zaehringer, ) | |
| Patrick B. McDermott, Two Unknown ) | |
| INS/Border Patrol Agents; U.S. Department ) | |
| of Immigration and Naturalization; United ) | |
| States Border Patrol; United States of ) | |
| America, and DOE defendants 1-10, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |

NOTICE IS HEREBY GIVEN that Plaintiffs Estate of Jose Vargas, by and through Maria H. Covarrubias, Administrator and Successor in Interest; Ricardo Vargas, a minor, by and through his guardian Maria H. Covarrubias; Maria H. Covarrubias; Jose G. Vargas Mendoza; Angelina Valencia Morales;Estate of Guillermo Acosta Zamora, by and through Maria Teresa Alvarado Mendez, Administrator and Successor In Interest;

1  Maria Teresa Alvarado Mendez; Victor H. Acosta Alvarado; Ronald Acosta Alvarado;
2  and, Luis Alberto Acosta Alvarado and each of them in the above named case hereby
3  appeal to the United States Court of Appeal for the Fifth Circuit from the final judgment
4  entered in this action on the 1st day of October 2004.  A copy of the Final Judgment is
5  attached hereto for the Court's convenience.

Date:  October 25, 2004          MORENO, BECERRA, GUERRERO & CASILLAS

By:  _____
     GREGORY W. MORENO
     ARNOLDO CASILLAS
     Attorneys for PLAINTIFFS

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 3500 West Beverly Boulevard, Montebello, CA 90640-1541.

On October 26, 2004, I served the foregoing documents described as:

NOTICE OF APPEAL

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Nancy Masso, Esq.                          Tel: (956) 548-2554
Assistant U.S. Attorney                    Fax: (956) 548-2549
600 E. Harrison Street, No. 201
Brownsville, TX 78520


( )   BY FACSIMILE: caused such document to be transmitted via facsimile to the offices of
      the addressee(s). (C.C.P. § 1013(a)(e)(f)).

(XX ) (BY MAIL)
   I caused such envelope to be deposited in the mail at Montebello, California. The envelope was mailed with postage thereon fully prepaid.
   I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

( )   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with
      next day service, to the offices of the addressee(s). (C.C.P. §1013(c)(d)).

(  ) (BY PERSONAL SERVICE)
   I delivered such envelope by hand to the addressee.

Executed on October 26, 2004, at Montebello, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
LEAH A. MORENO