IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

ESTATE OF JOSE VARGAS, by and
through MARIA H. COVARRUBIAS, etc.
Plaintiffs,

v.

GEORGE F. FELTON, III.,
DANIEL ZAEHRINGER, PATRICK B.
McDERMOTT, ETC.

Defendants.

CIVIL ACTION No. B-02-132

## FINAL JUDGMENT

This action came on for hearing before the Court, Honorable Andrew S. Hanen, United States District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED and ADJUDGED that Plaintiffs take nothing, that the action be dismissed on the merits, with prejudice.

Signed: 10/1/04

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS