```
Wed Oct 27 09:10:38 2004

    UNITED STATES DISTRICT COURT
    HOUSTON         , TX

Receipt No.   1 119287
Cashier       gabrielm

Check Number: 17891

DØ Code   Div No
 4679       1

Sub Acct Type Tender    Amount
1:086900  N     2       105.00
2:510000  N     2       150.00

Total Amount      $     255.00

    Moreno & Casillas, 3500 W Beverly Bl
vd  Montebello, CA 90640

    Ntc of Appeal Filing Fee on CA B 02-
132


         bn

Wed Oct 27 09:10:38 2004

Check No.  17891
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4679
```