UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

NOV 0 1 2004

Michael N. Milby
Clerk of Court

November 1, 2004

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: **Estate of Jose Vargas, et al**

Vs **George F Felton, III, et al**

CA B-02-132

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of ___ Volume(s) of the record; ___ Volume(s) of the transcript;

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[X] The Court of Appeals docket fee __X__ HAS/ _____ HAS NOT been paid.

[ ] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is __**ANDREW S. HANEN**__

[ ] Court reporter assigned to this case is __**Rita Nieto, ERO; Barbara Barnard, Ct. Reporter**__

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: *(signature)*
Bertha A. Vasquez, Deputy Clerk

cc:   Arnoldo Casillas
      Danilo J. Becerra
      Gregory W. Moreno
      Keith Orlando Edward Wyatt
      Nancy Lynn Masso,
      File