# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 3 0 2004

Michael N. Milby
Clerk of Court

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

| 04-41492 | 02-CV-132 |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |

| Covarrubias v. Five Unknown INS | October 27, 2004 |
|---|---|
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 10-1-04 | BARBARA BERNARD | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☒ OTHER (PLEASE SPECIFY) Motion for Summary Judgement |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

**NAME, ADDRESS AND TELEPHONE NUMBER:**

ARNOLDO CASILLAS, ESQ.
MORENO, BECERRA, GUERRERO & CASILLAS
3500 W. BEVERLY BLVD.
MONTEBELLO, CA 90640
(323) 725-0917

DATE TRANSCRIPT ORDERED: NOVEMBER 29, 2004

_[signature]_
ATTORNEY/PRO PER LITIGANT

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS**

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

A-9 (08/97)  CA9-036(10/01/82)

COPY ONE

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 3500 West Beverly Boulevard, Montebello, CA 90640-1541.

On November 29, 2004, I served the foregoing documents described as:

TRANSCRIPT DESIGNATION AND ORDERING FORM

on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Nancy Masso, Esq. | Tel: (956) 548-2554 |
| Assistant U.S. Attorney | Fax: (956) 548-2549 |
| 600 E. Harrison Street, No. 201 | |
| Brownsville, TX 78520 | |

( )   BY FACSIMILE: caused such document to be transmitted via facsimile to the offices of the addressee(s). (C.C.P. § 1013(a)(e)(f)).

(XX ) (BY MAIL)
    I caused such envelope to be deposited in the mail at Montebello, California. The envelope was mailed with postage thereon fully prepaid.
    I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

( )   BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressee(s). (C.C.P. §1013(c)(d)).

( ) (BY PERSONAL SERVICE)
    I delivered such envelope by hand to the addressee.

Executed on November 29, 2004, at Montebello, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Leah Moreno_
LEAH MORENO