IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 16 2004

Michael N. Milby, Clerk of Court

MARIA H. COVARRUBIAS, ET AL )
)
)  CIVIL ACTION NO.
VS.                         )  B-02-132
)
FIVE UNKNOWN INS/BORDER PATROL )
AGENTS, ET AL               )
)

FINAL PRETRIAL CONFERENCE AND MOTION HEARING
BEFORE THE HONORABLE ANDREW S. HANEN
AUGUST 31, 2004

APPEARANCES:

For the Plaintiff:    MR. ARNOLDO CASILLAS
                      Moreno, Becerra, Guerrero & Casillas
                      3500 W. Beverly Blvd.
                      Montebello, CA  90640

For the Defendants:   MS. NANCY MASSO
                      Assistant United States Attorney
                      Brownsville, Texas

Transcribed by:       BARBARA BARNARD
                      Official Court Reporter
                      600 E. Harrison, Box 301
                      Brownsville, Texas  78520
                      (956)548-2591

**CERTIFIED COPY**