**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. Harrison St. - Room #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

JAN 2 1 2005

Michael N. Milby
Clerk of Court

**JANUARY 21, 2005**

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: **MARIA H. COVARRUBIAS   Et al**

VS **FIVE UNKOWN INS ET AL**

**B-02-cv-132**

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified Copy of Notice of Appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ X ] Record of appeal consisting of _2_ Volume(s) of the record; _1_ Volume(s) of the transcript; and 0 brown folder of administrative record.

[ ] OTHER _____

In regard to the notice of appeal, the following information is furnished:

[ ] This case is proceeding in forma pauperis.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON: __11/01/2004_____

[ x ] U.S. District Judge entering final judgment is **ANDREW S. HANEN**

[ x ] Court reporter assigned to this case is **BARBARA BARNARD**

[ ] If criminal case, number and names of defendants: _____

[ ] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours.

BY: _____
Bertha A. Vasquez, Deputy Clerk

cc: File