APPEAL, CLOSED, MAG

# U.S. District Court
# Southern District of Texas (Brownsville)
# CIVIL DOCKET FOR CASE #: 1:02-cv-00132
# Internal Use Only

Covarrubias, et al v. Five Unknown INS, et al
Assigned to: Judge Andrew S. Hanen
Demand: $0
Case in other court:
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 06/27/2002
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

## Plaintiff

**Maria H Covarrubias**
*Individually and as Administrator and Successor in interest for the Estate of Jose Vargas, Deceased and as Guardian for Ricardo Vargas, a Minor.*

represented by **Arnoldo Casillas**
Moreno Becerra et al
3500 W Beverly Blvd
Montebello, CA 90640
323-725-0917
Fax: 323-725-0350 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danilo J Becerra**
Moreno Becerra et al
3500 W Beverly Blvd
Montebello, CA 90640
323-725-0917
Fax: 323-725-0350 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory W Moreno**

Moreno Becerra et al
3500 W Beverly Blvd
Montebello, CA 90640
323-725-0917
Fax: 323-725-0350 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

### Plaintiff

**Jose G Vargas Mendoza**  represented by  **Arnoldo Casillas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Danilo J Becerra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Gregory W Moreno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

### Plaintiff

**Angelina Valencia Morales**  represented by  **Arnoldo Casillas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Danilo J Becerra**
(See above for address)
*LEAD ATTORNEY*

                                 *ATTORNEY TO BE NOTICED*

### Plaintiff

**Maria Teresa Alvarado Mendez**
*Individually and as Administrator and Successor in Interest of Estate of Guillermo Acosta Zamora*

represented by **Arnoldo Casillas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danilo J Becerra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Victor H Acosta Alvarado**

represented by **Arnoldo Casillas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danilo J Becerra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Ronald Acosta Alvarado**

represented by **Arnoldo Casillas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danilo J Becerra**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Luis Alberto Acosta Alvarado**    represented by    **Arnoldo Casillas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danilo J Becerra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Five Unknown INS/Border Patrol Agents**    represented by    **Keith Orlando Edward Wyatt**
Office of U S Attorney
PO Box 61129
Houston, TX 77208
713-567-9713
Fax: 713-718-3303 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Defendant

**U S Department of Immigration & Naturalization Service**
*TERMINATED: 08/05/2003*    represented by    **Keith Orlando Edward Wyatt**
(See above for address)
*TERMINATED: 08/05/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE*

*NOTICED*

**Nancy Lynn Masso**
Office of U S Attorney
600 E Harrison
Ste 201
Brownsville, TX 78520
956-548-2554
Fax: 956-548-2549 fax
Email:
nancy.masso@usdoj.gov
*TERMINATED: 08/05/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

| | | |
|---|---|---|
| **United States Border Patrol** *TERMINATED: 08/05/2003* | represented by | **Keith Orlando Edward Wyatt** (See above for address) *TERMINATED: 08/05/2003* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Nancy Lynn Masso** (See above for address) *TERMINATED: 08/05/2003* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Doe Defendants 1-10 inclusive** | represented by | **Keith Orlando Edward Wyatt** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE* |

*NOTICED*

**Defendant**

United States of America    represented by    **Nancy Lynn Masso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

INS Agent George F Felton, III    represented by    **Keith Orlando Edward Wyatt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Nancy Lynn Masso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

INS Agent Daniel Zachringer    represented by    **Keith Orlando Edward Wyatt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Nancy Lynn Masso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Defendant**

**INS Agent Patrick B McDermott**  represented by **Keith Orlando Edward Wyatt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Lynn Masso**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2002 | 1 | CIVIL RIGHTS COMPLAINT by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado filed; FILING FEE $ 150.00 RECEIPT # 116403 (ogutierrez) (Entered: 06/28/2002) |
| 06/27/2002 | 2 | CERTIFICATE OF INTERESTED PARTIES by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado , filed. (ogutierrez) (Entered: 06/28/2002) |
| 06/27/2002 | 3 | MOTION for Gregory W Moreno to appear pro hac vice by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado , Motion Docket Date 7/17/02 [3-1] motion , filed. (ogutierrez) Modified on 06/28/2002 (Entered: |

| | | |
|---|---|---|
| | | 06/28/2002) |
| 06/27/2002 | 4 | MOTION for Danilo J Becerra to appear pro hac vice by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado ., Motion Docket Date 7/17/02 [4-1] motion , filed. (ogutierrez) Modified on 06/28/2002 (Entered: 06/28/2002) |
| 06/27/2002 | 5 | MOTION for Arnoldo Casillas to appear pro hac vice by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado , Motion Docket Date 7/17/02 [5-1] motion , filed. (ogutierrez) Modified on 06/28/2002 (Entered: 06/28/2002) |
| 06/27/2002 | 6 | MOTION for appointment of as guardian ad litem for Ricardo Vargas , a minor by Maria H Covarrubias ., Motion Docket Date 7/17/02 [6-1] motion , filed. (ogutierrez) (Entered: 06/28/2002) |
| 06/27/2002 | | CASE REFERRED to Magistrate Judge John W. Black (ogutierrez) (Entered: 06/28/2002) |
| 06/27/2002 | 7 | Order setting Initial Pretrial and Scheduling Conference on 2:00 9/19/02 before Magistrate Judge John W. Black and Order to Disclose Interested Persons, filed. () Parties notified. (ogutierrez) (Entered: 06/28/2002) |
| 06/27/2002 | | SUMMONS issued for Five Unknown INS, U S Dept of INS, United States Border, DOE Dfts 1-10 Incl. (ogutierrez) (Entered: 06/28/2002) |
| 07/01/2002 | | **Added for Maria H Covarrubias attorney Arnoldo Casillas, Danilo J Becerra (ogutierrez) (Entered: 07/01/2002) |
| 07/01/2002 | | **Added for Jose G Vargas Mendoza, Angelina |

|  |  | Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado attorney Arnoldo Casillas, Danilo J Becerra (ogutierrez) (Entered: 07/01/2002) |
|---|---|---|
| 07/15/2002 |  | **Added for Maria H Covarrubias attorney Gregory W Moreno (ogutierrez) (Entered: 07/15/2002) |
| 09/19/2002 | 8 | Minute entry: Initial Pretrial Conference held. Attys did not appear. Order for a show cause hearing will be sent. (ogutierrez) (Entered: 09/20/2002) |
| 09/19/2002 | 9 | ORDER set show cause hearing for 1:30 9/30/02 before Magistrate Judge John W. Black , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 09/20/2002) |
| 09/24/2002 | 10 | ORDER set scheduling conference for 1:30 10/31/02 before Magistrate Judge John W. Black , showcause hearing cancelled of 9/30/02 , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 09/24/2002) |
| 10/17/2002 | 11 | Declaration of Gregory W Moreno re Initial Pretrial Conference and request for continuance of initial pretrial conference , filed (ogutierrez) (Entered: 10/17/2002) |
| 10/17/2002 | 12 | RETURN OF SERVICE executed as to U S Dept of INS 10/16/02 filed. ;Govt's Answer due on 12/15/02 for U S Dept of INS (ogutierrez) (Entered: 10/21/2002) |
| 10/17/2002 | 13 | RETURN OF SERVICE executed as to United States Border 10/16/02 filed. ;Govt's Answer due on 12/15/02 for United States Border (ogutierrez) (Entered: 10/21/2002) |
| 10/17/2002 | 14 | RETURN OF SERVICE executed on USA 10/16/02 filed. ;Govt's Answer due on 2:00 9/19/02 (ogutierrez) |

| | | (Entered: 10/21/2002) |
|---|---|---|
| 10/25/2002 | 15 | Exparte MOTION for continuance of pretrial conference by Maria H Covarrubias, Motion Docket Date 11/14/02 [15-1] motion , filed. (ogutierrez) (Entered: 10/25/2002) |
| 10/28/2002 | 16 | ORDER striking [15-1] motion for continuance of pretrial conference , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 10/28/2002) |
| 10/29/2002 | 17 | Unopposed MOTION for continuance of Initial Pretrial Conference until January 15,2003 by Maria H Covarrubias, Motion Docket Date 11/18/02 [17-1] motion , filed. (ogutierrez) (Entered: 10/29/2002) |
| 10/29/2002 | | **Added for U S Dept of INS, United States Border attorney Nancy Lynn Masso (ogutierrez) (Entered: 10/29/2002) |
| 10/29/2002 | 18 | ORDER granting [17-1] motion for continuance of Initial Pretrial Conference until January 15,2003 reset scheduling conference for 1:30 12/16/02 before Magistrate Judge John W. Black , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 10/29/2002) |
| 11/12/2002 | 19 | ORDER granting [3-1] motion for Gregory W Moreno to appear pro hac vice , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 11/12/2002) |
| 11/12/2002 | 20 | ORDER granting [4-1] motion for Danilo J Becerra to appear pro hac vice , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 11/12/2002) |
| 11/12/2002 | 21 | ORDER granting [5-1] motion for Arnoldo Casillas to appear pro hac vice , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) |

| | | |
|---|---|---|
| | | (Entered: 11/12/2002) |
| 12/03/2002 | 22 | MOTION for continuance of Initial pretrial conference until later by U S Dept of INS, Motion Docket Date 12/23/02 [22-1] motion , filed. (ogutierrez) (Entered: 12/03/2002) |
| 12/03/2002 | 23 | ORDER granting [22-1] motion for continuance of Initial pretrial conference terminated deadlines of 12/16/02 , reset pretrial conference for 2:00 1/21/03 before Magistrate Judge John W. Black , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 12/03/2002) |
| 12/06/2002 | 24 | MOTION for enlargement of tine to answe by U S Dept of INS, Motion Docket Date 12/26/02 [24-1] motion , filed. (ogutierrez) (Entered: 12/06/2002) |
| 12/12/2002 | 25 | ORDER granting [24-1] motion for enlargement of tine to answe reset answer due for 12/24/02 for United States Border, for U S Dept of INS , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (ogutierrez) (Entered: 12/12/2002) |
| 12/12/2002 | | **Renoticed document [25-2] order (ogutierrez) (Entered: 12/12/2002) |
| 12/24/2002 | 26 | ANSWER to Complaint by U S Dept of INS, United States Border (Added attorney ), filed. (ogutierrez) (Entered: 01/02/2003) |
| 01/06/2003 | 27 | JOINT DISCOVERY/Case Management Plan by Maria H Covarrubias, U S Dept of INS , filed. (ogutierrez) (Entered: 01/08/2003) |
| 01/21/2003 | 28 | Minute entry: Initial Pretrial Conference held b/Judge Black. Apps: Arnold Casillas and Nancy Masso. Ct Reporter: Rita Nieto/ERO. Pltf to amend complaint by 2/14/03. Trial will be set for 4/04. Qualified Immunity resolution will be on or before 9/03. Parties will submit an agreed scheduling order on or before 2/3/3. |

| | | |
|---|---|---|
| | | (ogutierrez) (Entered: 01/22/2003) |
| 02/13/2003 | 29 | AMENDED COMPLAINT for Civil Rights Violations by Maria H Covarrubias amending [1-1] complaint adding George F Felton III, Daniel Zachringer, Patrick B McDermott, filed.Jury Demand. (ogutierrez) (Entered: 02/19/2003) |
| 02/28/2003 | 30 | ORDER set scheduling order deadlines: joining of parties, amended pleadings 2/14/03 ;Pltf Expert witness list submitted by 10/15/03, Dfts expers by 12/1/03 ; Discovery cutoff 1/31/04 ; Deadline for filing all dispositive motions 3/12/04 ; Deadline for filing non-dispositive motions 3/29/04 ; Pretrial order to be submitted on or before 4/23/04 ; Fina; Pretrial Conference/Docket call deadline 1:30 5/6/04 ; before Judge Andrew S. Hanen ETT: 10 days; , set jury selection for 9:00 5/7/04 before Judge Andrew S. Hanen , entered; Parties notified. ( signed by Judge S. Hanen ) (ogutierrez) (Entered: 02/28/2003) |
| 03/13/2003 | | SUMMONS issued for George F Felton III (mperez) (Entered: 03/14/2003) |
| 03/13/2003 | | SUMMONS issued for Patrick B McDermott (mperez) (Entered: 03/14/2003) |
| 03/21/2003 | | SUMMONS issued for Daniel Zachringer (ogutierrez) (Entered: 03/21/2003) |
| 04/11/2003 | 31 | RETURN OF SERVICE executed as to Daniel Zachringer 4/10/03 filed. Answer due on 4/30/03 for Patrick B McDermott, for Daniel Zachringer, for George F Felton III, for DOE Dfts 1-10 Incl., for United States Border, for U S Dept of INS, for Five Unknown INS (gmendieta) (Entered: 04/15/2003) |
| 04/11/2003 | 32 | RETURN OF SERVICE executed as to Patrick B McDermott 3/24/03 filed. Answer due on 4/13/03 for Patrick B McDermott (ogutierrez) (Entered: 04/29/2003) |

| | | |
|---|---|---|
| 04/11/2003 | 33 | RETURN OF SERVICE executed as to George F Felton III 3/24/03 filed. Answer due on 4/13/03 for George F Felton III (ogutierrez) (Entered: 04/29/2003) |
| 05/22/2003 | 34 | ORDER denying without prejudice [6-1] motion for appointment of as guardian ad litem for Ricardo Vargas , a minor , entered; If need arises, Plaintiff may refile a motion seeking the Appointment of a Guardian Ad Litem. Parties notified. ( signed by Magistrate Judge John W. Black ) (mperez) (Entered: 05/23/2003) |
| 06/23/2003 | 35 | ANSWER by Daniel Zachringer (Added attorney ) to first amended complaint, filed. (ogutierrez) (Entered: 06/23/2003) |
| 06/23/2003 | 36 | ANSWER by Patrick B McDermott (Added attorney ) to first amended complaint, filed. (ogutierrez) (Entered: 06/23/2003) |
| 06/23/2003 | 37 | ANSWER by George F Felton III (Added attorney ) to amended complaint, filed. (ogutierrez) (Entered: 06/23/2003) |
| 06/23/2003 | 38 | MOTION to dismiss by U S Dept of INS, United States Border, Motion Docket Date 7/13/03 [38-1] motion , filed. (ogutierrez) (Entered: 06/23/2003) |
| 06/23/2003 | | **Added party USA (ogutierrez) (Entered: 06/23/2003) |
| 06/23/2003 | 39 | ANSWER by USA (Added attorney ) to amended complaint, filed. (ogutierrez) (Entered: 06/23/2003) |
| 06/25/2003 | 40 | ORDER , entered; Parties notified. It is hereby ORDERED that pltf Maria H Covarrubias submit a response to Dft's (US Dept of Immigration & Naturalization Svc & the US Border Patrol) Motion to Dismiss pursuant to FRCP 12(b)(1), (2), and (6) [Dkt#38], no later than July 23, 2003. (signed by Magistrate Judge John Wm Black) (gmendieta) |

| | | |
|---|---|---|
| | | (Entered: 06/30/2003) |
| 07/11/2003 | | **Renoticed document [40-1] order (ogutierrez) (Entered: 07/11/2003) |
| 07/23/2003 | 41 | Notice of Non-opposition by Maria H Covarrubias, et al to [38-1] motion to dismiss , filed. (ogutierrez) (Entered: 07/24/2003) |
| 08/05/2003 | 42 | ORDER granting [38-1] motion to dismiss INS and U S Border Patrol , entered; Parties notified. ( signed by Judge Andrew S. Hanen ) (ogutierrez) (Entered: 08/05/2003) |
| 08/05/2003 | | **Terminated party United States Border, party U S Dept of INS (ogutierrez) (Entered: 08/05/2003) |
| 09/08/2003 | 43 | NOTICE of Hearing: reset docket call for 1:30 5/4/04 before Judge Andrew S. Hanen , reset jury selection for 9:00 5/6/04 before Judge Andrew S. Hanen , filed. (ogutierrez) (Entered: 09/09/2003) |
| 02/05/2004 | 44 | MOTION to dismiss , and for summary judgment by George F Felton III, Motion Docket Date 2/25/04 [44-1] motion, 2/25/04 [44-2] motion , filed. (mperez) Modified on 02/06/2004 (Entered: 02/06/2004) |
| 02/05/2004 | 45 | BRIEF by George F Felton III in support of [44-1] motion to dismiss, [44-2] motion for summary judgment , filed. (mperez) Modified on 02/06/2004 (Entered: 02/06/2004) |
| 02/05/2004 | 46 | MOTION to dismiss , and for summary judgment by Daniel Zachringer, Motion Docket Date 2/25/04 [46-1] motion, 2/25/04 [46-2] motion , filed. (mperez) (Entered: 02/06/2004) |
| 02/05/2004 | 47 | BRIEF by Daniel Zachringer in support of [46-1] motion to dismiss, [46-2] motion for summary judgment , filed. (mperez) (Entered: 02/06/2004) |
| 02/05/2004 | 48 | MOTION to dismiss , and for summary judgment by |

| | | |
|---|---|---|
| | | Patrick B McDermott, Motion Docket Date 2/25/04 [48-1] motion, 2/25/04 [48-2] motion , filed. (mperez) (Entered: 02/06/2004) |
| 02/05/2004 | 49 | BRIEF by Patrick B McDermott in support of [48-1] motion to dismiss, [48-2] motion for summary judgment , filed. (mperez) (Entered: 02/06/2004) |
| 02/05/2004 | 50 | EXHIBITS to [44-2] motion for summary judgment, [46-2] motion for summary judgment, [48-2] motion for summary judgment by George F Felton III, Daniel Zachringer, Patrick B McDermott , filed. (mperez) (Entered: 02/06/2004) |
| 02/25/2004 | 51 | MOTION for oral argument hearing on [51-1] motion by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado, Motion Docket Date 3/16/04 [51-1] motion , filed. (rpinales) (Entered: 02/26/2004) |
| 02/25/2004 | 52 | OBJECTION to [46-1] motion to dismiss by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado , filed. (rpinales) (Entered: 02/26/2004) |
| 02/25/2004 | 53 | OBJECTION to [48-1] motion to dismiss by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado , filed. (rpinales) (Entered: 02/26/2004) |
| 02/25/2004 | 54 | OBJECTION to [44-1] motion to dismiss by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Luis Alberto Acosta Alvarado , filed. (rpinales) (Entered: 03/01/2004)                                                                                                                                                                                                                                                                                                                                                                                                                           |
| 03/05/2004 | 55 | NOTICE of Filing Original Signatures on Declarations of Fernando Del Rio-Vargas; Carmelo Abundis and Roberto Vargas Vargas in Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss or in the Alternative for Summary Judgement by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado , filed (rpinales) (Entered: 03/05/2004)                      |
| 03/12/2004 | 56 | ORDER denying [51-1] motion for oral argument hearing on [51-1] motion , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (rpinales) (Entered: 03/12/2004)                                                                                                                                                                                                                                                                                                                 |
| 03/29/2004 | 57 | MOTION for continuance of of Trial Date until September or a date thereafter because of unavailability of counsel due to illness by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado, Motion Docket Date 4/18/04 [57-1] motion , filed. (rpinales) (Entered: 03/29/2004)                                                                                        |
| 03/29/2004 | 58 | REPLY to [53-1] objection, [52-1] objection, [54-1] objection by George F Felton III, Daniel Zachringer, Patrick B McDermott , filed. (rpinales) (Entered: 04/01/2004)                                                                                                                                                                                                                                                                                                                            |
| 04/01/2004 | 59 | NOTICE of Certification of No-Opposition to Plaintiff's Motion to Continue Trial Date by George F Felton III, Daniel Zachringer, Patrick B McDermott , filed (rpinales) (Entered: 04/05/2004)                                                                                                                                                                                                                                                                                                     |
| 04/06/2004 | 60 | ORDER granting [57-1] motion for continuance of of                                                                                                                                                                                                                                                                                                                                                                                                                                               |

| | | |
|---|---|---|
| | | Trial Date until September or a date thereafter because of unavailability of counsel due to illness set docket call for 1:30 8/31/04 before Judge Andrew S. Hanen , and set jury trial for 9:00 9/2/04 before Judge Andrew S. Hanen , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (rpinales) Modified on 04/22/2004 (Entered: 04/06/2004) |
| 04/22/2004 | | Deadline updated; reset docket call for 1:30 8/31/04 before Judge Andrew S. Hanen , and reset jury trial for 9:00 9/2/04 before Judge Andrew S. Hanen (rpinales) (Entered: 04/22/2004) |
| 07/20/2004 | 61 | REPORT AND RECOMMENDATIONS of Magistrate Judge John W. Black , entered. Parties ntfd. Case no longer referred to Magistrate Judge John W. Black Objections to R and R due by 7/30/04 (dahumada) (Entered: 07/21/2004) |
| 07/30/2004 | 62 | RESPONSE by USA to [61-1] report and recommendations , filed. (dahumada) (Entered: 07/30/2004) |
| 08/06/2004 | 63 | Objections by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado to [61-1] report and recommendations , filed. (dahumada) Modified on 08/10/2004 (Entered: 08/06/2004) |
| 08/09/2004 | 64 | OPPOSED MOTION TO WITHDRAW OR AMEND ADMISSIONS;MEMORANDAUM OF POINTS AND AUTHORITIES;EXHIBITS; DECLARATIONS OF ARNOLDO CASILLAS AND DANILO J. BECERRA IN SUPPORT THEREOF by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado Motion |

| | | |
|---|---|---|
| | | Docket Date , filed. (dahumada) (Entered: 08/09/2004) |
| 08/30/2004 | 66 | RESPONSE by George F Felton III, Daniel Zachringer, Patrick B McDermott, USA to [64-1] hearing Motion Docket Date , filed. (dahumada) (Entered: 08/30/2004) |
| 08/31/2004 | 67 | Minute entry: Docket Call held. Apps: Arnold Casillas for Plaintiff. Ct Reporter: Barbara Barnard . Case called on the docket. Court addresses several issues. Court will enter and order dismissing the United States and affirms Judge Black on 4th and 14th Amendments. Court will take under advisement 5th Amendment claim, the objections to R & R and the Motion to Set Aside deemed Admissions after review of case law. Parties may file any additional briefing within the next week. Trial for his month is cancelled. If the R & R is accepted, a new scheduling order will be entered. Court is adjourned. (dahumada) (Entered: 09/01/2004) |
| 09/09/2004 | 68 | RESPONSE in Opposition filed by George F Felton III, Patrick B McDermott, Daniel Zachringer. (Attachments: # 1 Attachment 1# 2 Attachment 2# 3 Proposed Order)(Masso, Nancy) (Entered: 09/09/2004) |
| 09/30/2004 | 69 | ORDER ADOPTING REPORT AND RECOMMENDATIONS re 44 Motion to Dismiss, Motion for Summary Judgment, Motion Docket Date, 48 Motion to Dismiss, Motion for Summary Judgment, Motion Docket Date, 46 Motion to Dismiss, Motion for Summary Judgment, Motion Docket Date.( Signed by Judge Andrew S. Hanen ) Parties notified.(dahumada, ) (Entered: 09/30/2004) |
| 09/30/2004 | | ***Case Terminated. (dahumada, ) (Entered: 09/30/2004) |
| 10/01/2004 | 70 | FINAL JUDGMENT, IT IS ORDERED AND |

| | | |
|---|---|---|
| | | ADJUDGED THAT PLAINTIFF'S TAKE NOTHING, THAT THE ACTION TO BE DISMISED ON THE MERITS, WITH PREJUDICE. ( Signed by Judge Andrew S. Hanen ) Parties notified. (dahumada, ) (Entered: 10/01/2004) |
| 10/27/2004 | 71 | NOTICE OF APPEAL to US Court of Appeals re 70 Final Judgment by Maria H Covarrubias, Jose G Vargas Mendoza, Angelina Valencia Morales, Maria Teresa Alvarado Mendez, Victor H Acosta Alvarado, Ronald Acosta Alvarado, Luis Alberto Acosta Alvarado. Filing fee $ 255, filed. (Attachments: # 1 Exhibit 1# 2 Receipt)(bvasquez, ) (Entered: 10/27/2004) |
| 11/01/2004 | 72 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 71 Notice of Appeal,. Fee status: paid, filed. (rpinales, ) (Entered: 11/02/2004) |
| 11/30/2004 | 73 | TRANSCRIPT ORDER FORM Hearing on Motion for Summary Judgment held on 10/01/2004 before Judge Andrew S. Hanen. Court Reporter: Barbara Barnard, filed.(rpinales, ) (Entered: 12/01/2004) |
| 12/16/2004 | 74 | TRANSCRIPT of Final Pretrial Conference and Motion Hearing held on 08/31/2004 before Judge Andrew S. Hanen. Court Reporter: Barbara Barnard , filed. (rpinales, ) (Entered: 12/16/2004) |