# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 22, 2006

United States District Court
Southern District of Texas
FILED

AUG 2 4 2006

Michael N. Milby
Clerk of Court

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

                No. 04-41492 Covarrubias v. Five Unknown INS
                USDC No.   1:02-CV-132

Enclosed, for the District Court only, is a certified copy of the
judgment issued as the mandate.

Enclosed, for the District Court only, is a copy of the court's
opinion.

Record/original papers/exhibits are returned:

( 3 ) Volumes

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                By: _____
                        Imani Arriola, Deputy Clerk
                        504-310-7700

cc: (letter only)
    Honorable Andrew S Hanen
    Mr Gregory William Moreno
    Ms Nancy Lynn Masso

P.S. to Judge Hanen:  A copy of the opinion was sent to your
office via email the day it was filed.

MDT-1