# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
June 29, 2006

Charles R. Fulbruge III
Clerk

United States District Court
Southern District of Texas
FILED

AUG 2 4 2006

Michael N. Milby
Clerk of Court

No. 04-41492
Summary Calendar

D.C. Docket No. 1:02-CV-132

MARIA H COVARRUBIAS, Individually and as Administrator and Successor in interest for the Estate of Jose Vargas, Deceased and as Guardian for Ricardo Vargas, a Minor; JOSE G VARGAS MENDOZA; ANGELINA VALENCIA MORALES; MARIA TERESA ALVARADO MENDEZ, Individually and as Administrator and Successor in Interest of Estate of Guillermo Acosta Zamora; VICTOR H ACOSTA ALVARADO; RONALD ACOSTA ALVARADO; LUIS ALBERTO ACOSTA ALVARADO

        Plaintiffs - Appellants

v.

FIVE UNKNOWN INS/BORDER PATROL AGENTS; ET AL

        Defendants

FIVE UNKNOWN INS/BORDER PATROL AGENTS; DOE DEFENDANTS 1-10 INCLUSIVE; UNITED STATES OF AMERICA; INS AGENT GEORGE F FELTON, III; INS AGENT DANIEL ZACHRINGER; INS AGENT PATRICK B MCDERMOTT

        Defendants - Appellees

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:   AUG 2 2 2006

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana    AUG 2 2 2006